IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

ALLEN L. MOORE,            )
                           )
       Plaintiff/Petitioner, )
                           )
                           )     Case No. 07-3324
   -V-                     )
                           )
THOMAS MONAHAN, et al.,    )
                           )
       Defendant/Respondent(s). )
                           )

FILED
DEC 17 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION AND AFFIDAVIT IN SUPPORT OF
## REQUEST TO PROCEED IN FORMA PAUPERUS

I, Allen L. Moore, being first duly sworn, depose and says that I am the petitioner in the above entitled cause; that in support of my request to proceed without being required to prepay fees, costs unable to pay cost of said proceedings or give security thereof and that I believe I am entitled to relief.

The nature of the action is:

(XX) Civil Rights Action; Pursuant to 42 U.S.C. §1983.

1. Are you presently employed ?

   a. if the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _No I am not employed._

   b. If the answer is "no", state the date of last employment and the amount of salary or wages per month which you received.

   _May of 2001; $3,451_

2. Have you received within the past twelve months any money from any of the following sources ?

   a. Business, profession or form of self employment ?   Yes ( )  No (X)
   b. Rent payments, interest or dividends ?               Yes ( )  No (X)
   c. Pensions, annuities or life insurance payments ?    Yes ( )  No (X)

d. Gifts or inheritance ?          Yes ( )    No (X)

e. Any other sources ?             Yes ( )    No (X)

f. If the answer to any of the above is "yes", describe each source of money and state the amount received during the past six months.

_____ NONE _____

3. Do you own any real estate, stocks, bounds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing.    Yes ( )    No (XX)

If the answer is "yes", describe the property and state it's approximate value.

There is none.

4. Do you own cash, or do you have money in checking accounts ?

Yes ( )    No (X)

(Include any funds in prison accounts) if the answer is "yes", state the total value of items owned).

There is none.

5. List the person who are dependant upon you for support, state your relationship to those persons, and indicate how much you contribute towards their support.

There is none.

### DECLARATION UNDER THE PENALTY OF PERJURY

I, Allen L. Moore, under penalty of perjury, state that I am the plaintiff in the above action, that I have read the foregoing petition for leave to proceed in forma pauperus, and this motion and affidavit to proceed in forma pauperus, and that the information contained therein is true and correct. I say this under and by virtue of Title 28, U.S.C.A. §1746, §1621.

_12-1-07_
Date

_Allen L. Moore_
Signature of the Plaintiff

## CERTIFICATE

NAME OF PETITIONER: Allen L. Moore

INSTITUTION WHERE CONFINED: RUSHVILLE TREATMENT AND DETENTION FACILITY

REGISTER NUMBER: 864976

(INSTRUCTIONS): This section is for complettion by authorized officer of the above named institution only. The petitioner may not write below this line. Please complete the following certificate for the petitioner, Allen L. Moore. If the petitioner is confined in the Illinois Department of Human Services, you are further requested to attach a printout of all transaction for this persons account for the past six months.

I hereby certify that Allen L. Moore currently
(Name of the Petitioner)
has the sum of $ 22¢ on account to his credit at the

( Rushville Treatment And Detention Facility)

In the first calender month, immediately proceeding the date of this certificate, Petitioner Allen L. Moore had a maximum balance of $ 22¢
................................and a minimum balance of $ 22¢
In the second calender month, he had a maximum......balance of $ 22¢
................................and a minimum balance of $ 22¢
In the third calender month, he he had a maximum.....balance of $ 22¢
................................and a minimum balance of $ 22¢
In the fourth calender month, he had a maximum......balance of $ 22¢
................................and a minimum balance of $ 22¢
In the fifth calender month he had a maximum......balance of $ 22¢
................................and a minimum balance of $ 22¢
In the sixth calender month he had a maximum.......balance of $ 22¢
................................and a minimum balance of $ 22¢

I certify that the Petitioner Allen L. Moore likewise has the following securities to his credit according to the records of the institution:

Date: 12-6-07                                //

PAGE -3- OF -3-

```
REPORT ID: MATF3240                    TRUST FUNDS MONTHLY ACTIVITY STATEMENT                          PAGE:   302
DATE PRODUCED: 12/03/2007                      AS OF 11/30/2007

DEPT: 462  FAC: 41 TREATMENT & DETENTION FA.     FUND: 1143 RESIDENTS TRUST FUND         * INDICATES MONEY ON HOLD
                                                                                         DOCUMENTS LISTED IN
                                                                                         ORDER OF ENTRY

ACCT NO/   DOC         TRAN   DOC                 DR            CR           DR           CR                          SOURCE/
 CHECK     DATE        CODE   NUMBER              AMOUNT        AMOUNT       BALANCE      BALANCE     DESCRIPTION     PURPOSE

200 001   10/31/2007  BEGIN YTD CR DR                                                         .20     BEGINNING BALANCE
200 001   11/30/2007  END YTD DR CR                                                           .20     ENDING BALANCE

200 005   10/31/2007  BEGIN YTD CR DR                                                         .02     BEGINNING BALANCE
200 005   11/30/2007  END YTD DR CR                                                           .02     ENDING BALANCE

MOORE              ALLEN         864976                                                       .22     RECIPIENTS TOTAL END BAL
```

```
MOORE          ALLEN       864976
200 R01  10/01/2007  BEGIN YTD CR DR            BEGINNING BALANCE
200 R01  10/31/2007  END YTD DR CR              ENDING BALANCE

200 001  09/30/2007  BEGIN YTD CR DR        .20 BEGINNING BALANCE
200 001  10/31/2007  END YTD DR CR          .20 ENDING BALANCE

200 005  09/30/2007  BEGIN YTD CR DR        .02 BEGINNING BALANCE
200 005  10/31/2007  END YTD DR CR          .02 ENDING BALANCE

MOORE          ALLEN       864976            .22 RECIPIENTS TOTAL END BAL
```

```
REPORT ID: QATF421A                TRUST FUNDS QUARTERLY ACTIVITY STATEMENT                              PAGE:   1254
DATE PRODUCED: 10/04/2007                      AS OF 09/30/2007

DEPT: 462  FAC: 41 TREATMENT & DETENTION FA.    FUND: 1143                                    * INDICATES MONEY ON HOLD
                                                                                                DOCUMENTS LISTED IN
                                                                                                   ORDER OF ENTRY
ACCT NO/       DOC       TRAN   DOC                   DR          CR          DR         CR     SOURCE/
 CHECK         DATE      CODE   NUMBER              AMOUNT       AMOUNT     BALANCE    BALANCE  DESCRIPTION  PURPOSE

MOORE          ALLEN          864976
200 R01    06/30/2007 BEGIN QTLY BAL                                                      .00   BEGINNING BALANCE
200 R01    09/30/2007 END QTLY BAL                                                        .00   ENDING BALANCE

MOORE          ALLEN          864976
200 001    06/30/2007 BEGIN QTLY BAL                              .20                     .20   BEGINNING BALANCE
200 001    09/30/2007 END QTLY BAL                                .20                     .20   ENDING BALANCE

MOORE          ALLEN          864976
200 005    06/30/2007 BEGIN QTLY BAL                              .02                     .02   BEGINNING BALANCE
200 005    09/30/2007 END QTLY BAL                                .02                     .02   ENDING BALANCE

MOORE          ALLEN          864976                                                      .22   RECIPIENTS TOTAL END BAL


SOURCE/PURPOSE LEGEND:
CL-CLOTHING  CM-COMMISSIONARY  CA-CIVIL SERVICE ANNUITY  IT-INTEREST  MI-MISCELLANEOUS  PN-PERSONAL NEEDS  RB-REIMBURSEMENTS  RR-RAILROAD
SS-SOCIAL SECURITY  SI-SUPPLEMENTAL SS  TG-TAX GRANT  VA-VETERANS  WC-WORKSHOP
TRAN CODES: TF-TRANSFER  DR-DEBIT  CR-CREDIT  RE-RECEIPT  DB-DISBURSEMENTS  DM-DEBIT
```

```
REPORT ID: QATF421A           TRUST FUNDS QUARTERLY ACTIVITY STATEMENT                          PAGE:   1206
DATE PRODUCED: 07/03/2007              AS OF 06/30/2007                                * INDICATES MONEY ON HOLD
                                                                                         DOCUMENTS LISTED IN
DEPT: 462  FAC: 4.1 TREATMENT & DETENTION FA.     FUND: 1143                             ORDER OF ENTRY

ACCT NO/      DOC       TRAN     DOC         DR        CR       DR        CR                         SOURCE/
 CHECK        DATE      CODE    NUMBER     AMOUNT    AMOUNT   BALANCE   BALANCE    DESCRIPTION       PURPOSE

MOORE                           ALLEN    864976
200 R01    03/31/2007   BEGIN QTLY BAL                                    .00    BEGINNING BALANCE
200 R01    06/30/2007   END QTLY BAL                                      .00    ENDING BALANCE

MOORE                           ALLEN    864976
200 001    03/31/2007   BEGIN QTLY BAL                .20                 .20    BEGINNING BALANCE
200 001    06/30/2007   END QTLY BAL                  .20                 .20    ENDING BALANCE

MOORE                           ALLEN    864976
200 005    03/31/2007   BEGIN QTLY BAL                .02                 .02    BEGINNING BALANCE
200 005    06/30/2007   END QTLY BAL                  .02                 .02    ENDING BALANCE

MOORE                           ALLEN    864976                           .22    RECIPIENTS TOTAL END BAL
```

SOURCE/PURPOSE LEGEND:
CL-CLOTHING  CM-COMMISSIONARY  CA-CIVIL SERVICE ANNUITY  IT-INTEREST  MI-MISCELLANEOUS  PN-PERSONAL NEEDS  RB-REIMBURSEMENTS  RR-RAILROAD
SS-SOCIAL SECURITY  SI-SUPPLEMENTAL SS  TG-TAX GRANT  VA-VETERANS  WC-WORKSHOP
TRAN CODES: TF-TRANSFER  DR-DEBIT  CR-CREDIT  RE-RECEIPT  DB-DISBURSEMENTS  DM-DEBIT

DMH002-X - 12/92