Fr: Allen L. Moore
    Illinois Department of Human Services
    Treatment And Detention Facility
    R.R. # 1, Box 6-A
    Rushville, ILLinois 62681

PAGE ONE OF TWO WITH
AFFIDAVIT AND PROOF OF
SERVICE ATTACHED

To: CLERK OF THE CENTRAL DISTRICT COURT
    OF ILLINOIS SPRINGFIELD DIVISION
    151 U.S. Courthouse
    600 E. Monroe Street
    Springfield, Illinois 62701

December 13, 2007

Dear CLERK OF THE CENTRAL DISTRICT COURT:

  PLEASE FIND ENCLOSED FOR FILING, one (1) original and two (2) photocopies of **MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERUS**, the original is to be stamped filed and received by the court, There is a copy to be stamped filed and received by the Clerk of the Court. There is a copy to be stamped filed and returned to me for my personal records.

  Also, please find enclosed for filing, one (1) original and fifteen (15) photocopies of **CIVIL RIGHTS COMPLAINT WITH A JURY DEMAND**, the original is to be stamped filed and received by the court, there is a copy to be stamped filed and received by the Clerk of the Court. There is a copy to be stamped filed and returned to me for my personal records. " And there is a copy included to be served upon each of the named defendant's by the U.S. Marshals Service. There is a total of (13) defendant's and (13) Civil rights Complaint with jury demand.

  Thank you very much for your time and assistance in this matter.

AFFIDAVIT AND PROOF OF
SERVICE ATTACHED

Respectfully Submitted By:
Allen L. Moore

*Allen L. Moore*
Allen L. Moore, Acting **Pro-Se**
Illinois Department of Human Services
Treatment And Detention Facility
R.R. # 1, Box 6-A
Rushville, Illinois 62681

STATE OF ILLINOIS )
                      ) SS.
COUNTY OF SCHUYLER)

### AFFIDAVIT AND PROOF OF SERVICE

I, Allen L. Moore, being first duly sworn upon my oath depose and says:

1. On the date of December 13, 2007, I did mail an exact photocopy of the attached letter dated December 13, 2007, with affidavit and proof of service to the Clerk of the Central District Federal Court of Illinois Springfield Division, by depositing the aboved mentioned in an envelope bearing first class United States Postage, and thereby placing this said letter in the United States Mail Box located at the Rushville, Illinois Treatment And Detention Facility, located in Rushville, Illinois 62681.

2. That the original letter and affidavit with proof of service, I have kept for my personal records.

Any further affidavit said herein, I your affiant Allen L. Moore, say it not.

                                                              _/s/ Allen L. Moore_
                                                                    Affiant

This procedure has been self notarized under the penalty of perjury and in accordance with 28, U.S.C.A. §1746, §1621, this **13** day of November 2007.

