E-FILED
Friday, 28 December, 2007 10:58:39 AM
Clerk, U.S. District Court, ILCD

Fr: Allen L. Moore
    Illinois Department of Human Services
    Treatment And Detention Facility
    R.R. # 1, Box 6-A
    Rushville, Illinois 62681

PAGE ONE OF TWO WITH
AFFIDAVIT AND PROOF OF
SERVICE ATTACHED

To: Mr. John M. Waters, Clerk
    of the Central District Federal
    Court
    U.S. District Court
    600 East Monroe Street, Room 151
    Springfield, Illinois 62701

December 26, 2007

Dear Mr. John M. Waters, Clerk of the Central District Fed., Court:

        On the date of December 13, 2007., I mailed to you for filing in the Central District Federal Court, one (1) original and fifteen (15) photocopies of CIVIL RIGHTS §1983 COMPLAINT WITH A JURY DEMAND.

    There was an original for the court files, and a copy for the Clerk of the District Court files.

    There was a copy of the complaint to be stamped filed and returned to me for my personal records. And a copy for each named Defendant to be served upon them by the United States Marshals service.

    Enclosed also for filing was one (1) original and two (2) photocopies of, " MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERUS" for a total of three (3).

    The original was for the court's files, a copy was enclosed for the Clerk of the Central District Federal Court, And a copy was enclosed to be stamped filed and returned to me for my personal records.

    The reason for this letter to you Sir, is that I until this very day I have not received any **stamped filed copies** from the Clerk of this Court to date. I was wondering did the Clerk receive the contents that I have stated in this letter. " Plese find a copy of the letter with proof of service and Affidavit dated December 13, 2007.

    Would you please forward to me my stamped filed copies at your very earliest. And thank you very much for your time and patients.

AFFIDAVIT AND PROOF OF
SERVICE ATTACHED

Respectfully Submitted By:
Allen L. Moore

*Allen L. Moore* (signature)

Allen L. Moore, Acting Pro-Se
Illinois Department of Human Services
Treatment And Detention Facility
R.R. # 1, Box 6-A
Rushville, Illinois 62681

STATE OF ILLINOIS )
                  )    SS.
COUNTY OF SCHUYLER)

### AFFIDAVIT AND PROOF OF SERVICE

I, <u>Allen L. Moore</u>, being first duly sworn upon my oath depose and says:

1. On the date of December 26,2007., I did mail an exact photocopy of the attahed letter and Affidavit dated December 26,2007, to the Clerk of the Federal Court, Central District, Springfield, Illinois Division, by depositing the above mentioned in an envelope bearing first class United States Postage, and thereby placing this said letter in the United States mail box located at the Rushville, Illinois Treatment And Detention Facility, located in Rushville, Illinois 62681.

2. That the original letter and affidavit with proof of service, dated December 26,2007, I have kept for my personal records.

   Any further affidavit said herein, I your affiant Allen L. Moore, say it not.

                                          _____
                                                 Affiant

This procedure has been self notarized under the penalty of perjury and in accordance with 28, U.S.C.A. §1621, This <u>26</u> day of December 2007.



Fr: Allen L. Moore
   Illinois Department of Human Services
   Treatment And Detention Facility
   R.R. # 1, Box 6-A
   Rushville, ILLinois 62681

To: CLERK OF THE CENTRAL DISTRICT COURT
    OF ILLINOIS SPRINGFIELD DIVISION
    151 U.S. Courthouse
    600 E. Monroe Street
    Springfield, Illinois 62701

PAGE ONE OF TWO WITH
AFFIDAVIT AND PROOF OF
SERVICE ATTACHED

December 13, 2007

Dear CLERK OF THE CENTRAL DISTRICT COURT:

PLEASE FIND ENCLOSED FOR FILING, one (1) original and two (2) photocopies of **MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERUS**, the original is to be stamped filed and received by the court, There is a copy to be stamped filed and received by the Clerk of the Court.

There is a copy to be stamped filed and returned to me for my personal records.

Also, please find enclosed for filing, one (1) original and fifteen (15) photocopies of **CIVIL RIGHTS COMPLAINT WITH A JURY DEMAND**, the original is to be stamped filed and received by the court, there is a copy to be stamped filed and received by the Clerk of the Court. There is a copy to be stamped filed and returned to me for my personal records. " And there is a copy included to be served upon each of the named defendant's by the U.S. Marshals Service. There is a total of (13) defendant's and (13) Civil rights Complaint with jury demand.

Thank you very much for your time and assistance in this matter.

AFFIDAVIT AND PROOF OF
SERVICE ATTACHED

Respectfully Submitted By:
Allen L. Moore

*Allen L. Moore* (signature)
Allen L. Moore, Acting Pro-Se
Illinois Department of Human Services
Treatment And Detention Facility
R.R. # 1, Box 6-A
Rushville, Illinois 62681

PAGE-1-of-2-

STATE OF ILLINOIS )
)  SS.
COUNTY OF SCHUYLER)

## AFFIDAVIT AND PROOF OF SERVICE

I, Allen L. Moore, being first duly sworn upon my oath depose and says:

1. On the date of December 13, 2007, I did mail an exact photocopy of the attached letter dated December 13, 2007, with affidavit and proof of service to the Clerk of the Central District Federal Court of Illinois Springfield Division, by depositing the aboved mentioned in an envelope bearing first class United States Postage, and thereby placing this said letter in the United States Mail Box located at the Rushville, Illinois Treatment And Detention Facility, located in Rushville, Illinois 62681.

2. That the original letter and affidavit with proof of service, I have kept for my personal records.

Any further affidavit said herein, I your affiant Allen L. Moore, say it not.

_____
Affiant

This procedure has been self notarized under the penalty of perjury and in accordance with 28, U.S.C.A. §1746, §1621, this __13__ day of November 2007.

