# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ALLEN L. MOORE,** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO.   07-3324** |
| **THOMAS MONAHAN, et al** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** Rushville Treatment & Detention Facility at R.R.1, Box 6A, Rushville, IL 62681.

      **WE COMMAND** that you produce the body of **ALLEN L. MOORE**, Register No. **864976**, who is in your custody at Rushville Treatment & Detention Facility before the United States District Court on **January 30, 2008 at 10:30 a.m. (or as soon as the Court reaches the case)** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable PAMELA E. ROBINSON, CLERK of the United States District Court for the Central District of Illinois.

DATED:  January 4, 2008

                                             PAMELA E. ROBINSON, CLERK
                                             UNITED STATES DISTRICT COURT

                                             BY:  __s/ D. Meadows_____
                                                   Deputy Clerk

Moore-Telephone Writ.wpd