IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS - SPRINGFIELD DIVISION

| | |
|---|---|
| ALLEN L. MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 07-3324 |
| THOMAS MONAHAN, et al., | ) ) ) |
| Defendants. | ) |

SCHEDULING ORDER

Plaintiff's cognizable claims have been identified in a prior court order, and Plaintiff has been granted leave to proceed *in forma pauperis* on those claims.

**IT IS THEREFORE ORDERED** that the Clerk is directed to determine pursuant to the Court's procedures which defendants may be personally served in Springfield, Illinois. The Clerk shall prepare for each said defendant: 1) a summons; and, 2) a service form (USM-285). The U. S. Marshal is ordered to serve a copy of the complaint, summons, and this scheduling order upon said Defendants as directed. All costs of service shall be advanced by the United States.

**IT IS FURTHER ORDERED** that the Clerk is directed to determine pursuant to the Court's procedures which defendants have authorized an attorney to waive service in this case. The Clerk shall prepare for each said defendant a Notice of Lawsuit and Request for Waiver of Service of Summons; and, 2) a Waiver of Service of Summons. The Clerk is directed to electronically mail said forms to the attorney authorized to waive service on said defendant's behalf.

**IT IS FURTHER ORDERED** that the Clerk shall prepare for each

defendant who cannot be served as provided above: 1) a Notice of Lawsuit and Request for Waiver of Service of Summons; and, 2) a Waiver of Service of Summons.  The Clerk is directed to mail said forms, a copy of the Complaint, and this Scheduling Order to each said defendant's address as provided by Plaintiff, or to the forwarding address provided by said defendant's former employer, if so provided.  If a Defendant fails to sign and return the Waiver to the Clerk within 30 days from the date said forms were sent, the Court will take appropriate steps to effect formal service on that Defendant and will require that Defendant to pay the full costs of formal service, to the extent authorized by the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that, with respect to a defendant who no longer can be found at the address provided by Plaintiff, the Illinois Department of Human Services, or the defendant's former employer, as the case may be, shall provide the defendant's forwarding address, or, if not known, the defendant's last-known or forwarding address.  This information shall be used only for sending the forms as directed above, or for formally effecting service.  Any documentation of the address shall be retained only by the Clerk. Address information shall not be maintained in the court file, nor disclosed by the Clerk.

**IT IS FURTHER ORDERED** that Plaintiff shall serve upon Defendants (or upon defense counsel once an appearance is entered), a copy of every further pleading or other document submitted for consideration by the court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date on which a true and correct copy of any document was mailed to Defendants or their counsel.  Any paper received by a district judge or magistrate judge that has not been filed with the Clerk or that fails to include a certificate of service will be stricken by the court.

**IT IS FURTHER ORDERED** that this cause is set for further scheduling procedures under Fed. R. Civ. P. 16 on **APRIL 3, 2008,** at **1:30 p.m.** before U. S. District Judge Harold A. Baker, by video conference.  The Clerk is directed to give Plaintiff's place of confinement notice of the date and time of the conference, and to issue the appropriate process to secure the Plaintiff's presence at the conference.

**IT IS FURTHER ORDERED** that counsel for Defendants is hereby granted leave to depose Plaintiff at his place of confinement.  Counsel for

Defendants shall arrange the time for the deposition.

**IT IS FURTHER ORDERED** that Plaintiff immediately notify the court of any change in his mailing address and telephone number. Failure to notify the court of any change in the mailing address will result in dismissal of this lawsuit, with prejudice.

**IT IS FURTHER ORDERED** that the Clerk is to notify the parties of their option to consent to disposition of this case before a United States Magistrate Judge by providing Plaintiff with a magistrate consent form. Upon receipt of a signed consent from Plaintiff, the Clerk is further directed to forward the consent to Defendants for
consideration.

Entered this 28th day of January, 2008.

                                                               s/Charles H. Evans
                                                        CHARLES H. EVANS
                                        United States Magistrate Judge