# United States District Court

_____ CENTRAL DISTRICT OF ILLINOIS _____

## SUMMONS IN A CIVIL CASE

**ALLEN L. MOORE,**
      Plaintiff,
vs.

Case Number: **07-3324**

**THOMAS MONAHAN, et al.,**
      Defendants.

TO:  Thomas Monahan
      c/o Patrick Knepler
      DHS, Division of Mental Health
      319 East Madison, Suite 3B
      Springfield, IL 62701

      **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

      Allen L. Moore, 864976
      **Illinois Department of Human Services**
      **Treatment & Detention Facility**
      **R. R. 1; Box 6A**
      **Rushville, IL 62681**

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

February 11, 2008

      s/ Pamela E. Robinson

      PAMELA E. ROBINSON
      s/ D. Meadows
      _____
      BY: DEPUTY CLERK

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

**ALLEN L. MOORE,**
        Plaintiff,
  vs.

Case Number: **07-3324**

**THOMAS MONAHAN, et al.,**
        Defendants.

TO:  Darrell Sanders
      c/o Patrick Knepler
      DHS, Division of Mental Health
      319 East Madison, Suite 3B
      Springfield, IL 62701

      **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

      Allen L. Moore, 864976
      **Illinois Department of Human Services**
      **Treatment & Detention Facility**
      **R. R. 1; Box 6A**
      **Rushville, IL 62681**

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

February 11, 2008
                                    s/ Pamela E. Robinson

                                    PAMELA E. ROBINSON

                                    s/ D. Meadows

                                    BY: DEPUTY CLERK

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

**ALLEN L. MOORE,**
       Plaintiff,
vs.

Case Number: **07-3324**

**THOMAS MONAHAN, et al.,**
       Defendants.

TO:  David Kurfman
      c/o Patrick Knepler
      DHS, Division of Mental Health
      319 East Madison, Suite 3B
      Springfield, IL 62701

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

Allen L. Moore, 864976
**Illinois Department of Human Services**
**Treatment & Detention Facility**
**R. R. 1; Box 6A**
**Rushville, IL 62681**

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

February 11, 2008

s/ Pamela E. Robinson

PAMELA E. ROBINSON

s/ D. Meadows

BY: DEPUTY CLERK

# United States District Court

───── CENTRAL DISTRICT OF ILLINOIS ─────

## SUMMONS IN A CIVIL CASE

**ALLEN L. MOORE,**
       Plaintiff,
  vs.
                                        Case Number: **07-3324**

**THOMAS MONAHAN, et al.,**
       Defendants.

TO:  Vicki Kokas
      c/o Patrick Knepler
      DHS, Division of Mental Health
      319 East Madison, Suite 3B
      Springfield, IL 62701

      **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

      Allen L. Moore, 864976
      **Illinois Department of Human Services**
      **Treatment & Detention Facility**
      **R. R. 1; Box 6A**
      **Rushville, IL 62681**

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

February 11, 2008                                       s/ Pamela E. Robinson

                                                              PAMELA E. ROBINSON

                                                              s/ D. Meadows
                                                              BY: DEPUTY CLERK

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

**ALLEN L. MOORE,**
        Plaintiff,
vs.

Case Number: **07-3324**

**THOMAS MONAHAN, et al.,**
        Defendants.

TO: Brenda Wilts
     c/o Patrick Knepler
     DHS, Division of Mental Health
     319 East Madison, Suite 3B
     Springfield, IL 62701

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

Allen L. Moore, 864976
**Illinois Department of Human Services**
**Treatment & Detention Facility**
R. R. 1; Box 6A
Rushville, IL 62681

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

February 11, 2008

s/ Pamela E. Robinson

PAMELA E. ROBINSON

s/ D. Meadows

BY: DEPUTY CLERK

# United States District Court

─────── CENTRAL DISTRICT OF ILLINOIS ───────

## SUMMONS IN A CIVIL CASE

**ALLEN L. MOORE,**
        Plaintiff,
vs.

Case Number: **07-3324**

**THOMAS MONAHAN, et al.,**
        Defendants.

TO:  Brenda M. Leonard
      c/o Patrick Knepler
      DHS, Division of Mental Health
      319 East Madison, Suite 3B
      Springfield, IL 62701

      **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

      Allen L. Moore, 864976
      **Illinois Department of Human Services**
      **Treatment & Detention Facility**
      **R. R. 1; Box 6A**
      **Rushville, IL 62681**

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

February 11, 2008

                         s/ Pamela E. Robinson

                         PAMELA E. ROBINSON

                         s/ D. Meadows

                         BY: DEPUTY CLERK

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

ALLEN L. MOORE,
    Plaintiff,
vs.

Case Number: **07-3324**

THOMAS MONAHAN, et al.,
    Defendants.

TO:  Andrew P. Duecker
     c/o Patrick Knepler
     DHS, Division of Mental Health
     319 East Madison, Suite 3B
     Springfield, IL 62701

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

    Allen L. Moore, 864976
    **Illinois Department of Human Services**
    **Treatment & Detention Facility**
    R. R. 1; Box 6A
    Rushville, IL 62681

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

February 11, 2008

           s/ Pamela E. Robinson

           PAMELA E. ROBINSON
           s/ D. Meadows

           BY: DEPUTY CLERK

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

**ALLEN L. MOORE,**
        Plaintiff,
vs.

Case Number: **07-3324**

**THOMAS MONAHAN, et al.,**
        Defendants.

TO:  Clifton R. McCalla
      c/o Patrick Knepler
      DHS, Division of Mental Health
      319 East Madison, Suite 3B
      Springfield, IL 62701

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**Allen L. Moore, 864976**
**Illinois Department of Human Services**
**Treatment & Detention Facility**
**R. R. 1; Box 6A**
**Rushville, IL 62681**

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

February 11, 2008

s/ Pamela E. Robinson

PAMELA E. ROBINSON

s/ D. Meadows

BY: DEPUTY CLERK

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

**ALLEN L. MOORE,**
      Plaintiff,
vs.

Case Number: **07-3324**

**THOMAS MONAHAN, et al.,**
      Defendants.

TO:   James C. Clayton
       c/o Patrick Knepler
       DHS, Division of Mental Health
       319 East Madison, Suite 3B
       Springfield, IL 62701

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**Allen L. Moore, 864976**
**Illinois Department of Human Services**
**Treatment & Detention Facility**
**R. R. 1; Box 6A**
**Rushville, IL 62681**

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

February 11, 2008

                         s/ Pamela E. Robinson

                         PAMELA E. ROBINSON
                         s/ D. Meadows

                         BY: DEPUTY CLERK

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

**ALLEN L. MOORE,**
       Plaintiff,
vs.

Case Number: **07-3324**

**THOMAS MONAHAN, et al.,**
       Defendants.

TO:  Tarry Williams
      c/o Patrick Knepler
      DHS, Division of Mental Health
      319 East Madison, Suite 3B
      Springfield, IL 62701

      **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

      Allen L. Moore, 864976
      **Illinois Department of Human Services**
      **Treatment & Detention Facility**
      **R. R. 1; Box 6A**
      **Rushville, IL 62681**

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

                                                  s/ Pamela E. Robinson

February 11, 2008

                                      PAMELA E. ROBINSON

                                      s/ D. Meadows

                                      BY: DEPUTY CLERK