**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF: Allen L. Moore | COURT CASE NUMBER: 07-3324 |
| DEFENDANT: Thomas Monahan et al. | TYPE OF PROCESS: Complaint and Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Thomas Monahan

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

c/o Patrick Knepler, DHS, Division of Mental Health, 319 East Madison, Suite 3B, Springfield, Illinois 62701

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Allen L. Moore, 864976
Illinois Department of Human Services
Treatment & Detention Facility
R. R. 1, Box 6A
Rushville, Illinois 62681

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 26 | District to Serve No. 5 | Signature of Authorized USMS Deputy or Clerk | Date 2-14-8 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above): PATRICK KNEPLER

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 02/19/2008   Time: 1320 pm

Signature of U.S. Marshal or Deputy: Alex J. Stacy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
| $45.00 | $0.97¢ | 0 | $45.97 | | | |

REMARKS:
1 DUSM @ $45.00/HR. × 1 HR. = $45.00
2 miles Round trip × 48.5¢/mile = $0.97¢

PRIOR EDITIONS MAY BE USED | SEND ORIGINAL + 2 COPIES to USMS. | FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT   2. USMS Record   3. Notice of Service   4. Billing Statement   5. Acknowledgment of Receipt