E-FILED
Tuesday, 04 March, 2008  02:28:42 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| Allen L. Moore, ) <br> ) <br>　　　Plaintiff, ) <br> ) <br>vs. ) <br> ) <br>Thomas Monahan, et al., ) <br> ) <br>　　　Defendants. ) <br> ) | Case No. 07-3324 |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**Sandra Simpson, Diane Dobier and Joe Proctor**

I certify that I am admitted to practice in this court.

Date:  March 4, 2008

　　　　　　　　　　　　　　　　　　　　　　　　s/ James C. Vlahakis
　　　　　　　　　　　　　　　　　　　　　　　　James C. Vlahakis   06230459
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP
　　　　　　　　　　　　　　　　　　　　　　　222 North LaSalle, Suite 300
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　　　　tel: 312-704-3000
　　　　　　　　　　　　　　　　　　　　　　　fax: 312-704-3001
　　　　　　　　　　　　　　　　　　　　　　　jvlahakis@hinshawlaw.com

CERTIFICATE OF SERVICE

    I hereby certify that on March 4, 2008, I electronically filed Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record and mailed copy of same to the following party of record:

Allen L. Moore
864976
Rushville TDF
RR 1, Box 6A
Rushville, IL 62681

    Respectfully submitted,

s/ James C. Vlahakis
James C. Vlahakis   06230459
Attorney for Defendants
HINSHAW & CULBERTSON LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
tel: 312-704-3000
fax: 312-704-3001
jvlahakis@hinshawlaw.com