IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
APR 17 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLEN L. MOORE, | ) |
| Plaintiff, | ) Case No. 07-3324 |
| v. | ) Hon. Judge. HAROLD A. BAKER |
| THOMAS MONAHAN, et al., | ) Presiding. |
| Defendant(s). | ) |

### MOTION FOR THE APPOINTMENT OF COUNSEL

NOW COMES the Plaintiff, Allen L. Moore, Acting Pro-Se and on behalf of himself, in pursuant to Fed. R. Civ. P. §1915, Request this Honorable Court to APPOINT COUNSEL to represent the plaintiff in this case for the following reasons:

1) The plaintiff is unable to afford counsel.

2) That plaintiff is currently trying to obtain the assistance of counsel on a contengency fee, but to no avail the Attorney's plainiff has wrote letter's to has not wrote the plaintiff back.

3) That plaintiff has received this Court's other order/Judgements docket text entered on the date of **March 25,2008,** which states that the Plaintiff shall disclose expert witnesses and epert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by **July 1,2008.**(See attached document as Exhibit A.)

4) The plaintiff has a limited knowledge of the law, plaintiff has no knowledge where he would obtain this expert witnesses and expert testimony this Honorable Court order's him to be prepared to present on the date of **July 1,2008.**

5. The matters and issue's raised by the plaintiff involved in this case are complex.

8) That the plaintiff, is as if he's a segregated inmate, the facilities recent addition of a law library only consist of disc on a computer, there is no system such as an Attorney's referance book to assist the plaintiff with more addresses of Attorney's.

9) That plaintiff as a result of this civil right's action, and a previous civil right's complaint filed in the Northern District Court of Illinois, Eastern Division, has and is segregated from the General Population and punished on a daily basis.

   WHEREFORE, for the above stated reasons, And reasons stated in the plaintiff's MEMORANDUM OF LAW IN SUPPORT OF THE PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL, The plaintiff respectfully request that this Honorable Court grant his Motion for the Appointment of Counsel for this is so prayed for.

(Date _April 15th 2008_)                Respectfully Submitted By:
                                              Allen L. Moore

This procedure has been self             _Allen L. Moore_
notarized under the penalty of           Allen L. Moore, Acting Pro-Se
perjury in accordance with Title         Illinois Dept. of Human Services
28, U.S.C.A. §1746, §1621. This          Treatment And Detention Facility
15th day of **April** 2008. With my      R.R. # 1, Box 6-A
right thumb print I mark as my           Rushville, IL 62681
signature.



**Other Orders/Judgments**
3:07-cv-03324-HAB-CHE Moore v. Monahan et al
37, PRISONER, REFER

U.S. District Court

CENTRAL DISTRICT OF ILLINOIS

**Notice of Electronic Filing**

The following transaction was entered on 3/25/2008 at 12:58 PM CDT and filed on 3/25/2008

Docket Text:
TEXT ORDER: All the defendants have been served and no motions are pending. Thus, the status conference set for April 3, 2008, is cancelled as unnecessary. The clerk is directed to inform the plaintiff's place of detention of the cancellation. The following deadlines are set: Answers for all defendants due April 21, 2008; Plaintiff shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by July 1, 2008. Defendants shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by August 1, 2008. Discovery closes September 30, 2008. Dispositive motions are due October 31, 2008. Written discovery must be served on a party at least 30 days before the discovery deadline. Motions to compel must be filed within 14 days of receiving an unsatisfactory response to a timely discovery request, except for good cause shown. Entered by Judge Harold A. Baker on 3/25/08. (ME, ilcd)


3:07-cv-3324 Notice has been electronically mailed to:

James Constantine Vlahahakis    jvlahakis@hinshawlaw.com, jvlahakis@sbcglobal.net

3:07-cv-3324 Notice has been delivered by other means to:

Allen L Moore
864976
RUSHVILLE
IL Department of Human Services
Treatment & Detention Facility
RR 1, Box 6A
Rushville, IL 62681