IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ALLEN L. MOORE, ) | |
| ) | |
| Plaintiff,/Petitioner, ) | |
| ) | |
| v. ) | Case No. 07-3324 |
| ) | |
| THOMAS MONAHAN, et al., ) | Judge Baker |
| ) | |
| Defendant/Respondents. ) | |

### MOTION FOR LEAVE TO FILE ANSWER AND AFFIRMATIVE DEFENSES INSTANTER

NOW COMES Defendants, SANDRA SIMPSON, DIANE DOBIER and JOE PROCTOR, through their counsel, and move this Honorable Court for the entry of an order granting them leave to file their Answers and Affirmative Defenses to Plaintiff's Complaint:

1. Defendants' Answer was due on April 21, 2008. Defendants filed their answer on April 22, 2008. Certain Defendants required an additional day to consult with their attorney to approve the draft answer. No harm or prejudice will result from granting this motion.

WHEREFORE, Defendants SANDRA SIMPSON, DIANE DOBIER and JOE PROCTOR respectfully request that this Honorable Court enter an order granting them leave to file their Answers and Affirmative Defenses to Plaintiff's Complain

Respectfully submitted,

By: /s/ James C. Vlahakis
Attorneys for Defendants

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street Suite 300
Chicago, IL  60601-1081
Phone: (312) 704-3000
jvlahakis@hinshawlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on April 22, 2008, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record and mailed copy of same to the following party of record:

Allen Moore
RUSHVILLE
IL Department of Human Services
Treatment & Detention Facility
RR 1, Box 6A
Rushville, IL 62681

                                                                                     Respectfully submitted,

                                                                                     s/ James C. Vlahakis
                                                                                   James C. Vlahakis   06230459
                                                                                   Attorney for Defendants
                                                                                   HINSHAW & CULBERTSON LLP
                                                                                   222 North LaSalle, Suite 300
                                                                                   Chicago, IL 60601
                                                                                   tel: 312-704-3000
                                                                                   fax: 312-704-3001
                                                                                   jvlahakis@hinshawlaw.com