Fr: Allen L. Moore
    Illinois Dept. of Human Services
    Treatment and Detention Facility
    R.R. # 1, Box 6-A
    Rushville, Illinois 62681

To: Mrs. PAMELA E. ROBINSON, CLERK
    OFFICE OF THE CLERK
    151 U.S. Courthouse
    600 East Monroe Street
    Springfield, Illinois 62701

PAGE ONE OF ONE
AFFIDAVIT AND PROOF
OF SERVICE ATTACHED



FILED
APR 25 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

April 24, 2005

Dear Mrs. Pamela E. Robinson, Clerk

  I am writing in response to your letter written to me on the date of April 18, 2008, which was in regards to the court's requirment that I enclose a self-addressed stamped envelope if I want to receive stamped filed copies back for my personal records, and that any request made by me in the future requesting the court clerk to return stamp filed copies back to me will be disregarded if I fail to include a self-addresses envelope bearing sufficient postage to cover the cost of mailing.

  In regards to your letter, Mrs. Robinson, I really wish that I could meet your request or court requirment. Yet, I am in a facility of the Illinois Dept. of Human Services, I don't receive any money, my postage to mail out legal mail is free. This facility sends the mail to the post office and have the postage stamped placed on it, I don't have any control over the postage of the mail what so ever. We are told by this administration to mark legal mail on the front of the envelope and first class postage is free. See attached photocopy of grievance form. So, please assist me in obtaining stamped filed copies in the future, because I have no authority concerning self-addressed envelopes bearing sufficient postage.

  Thank you very much for reading this letter.

           Respectfully Submitted By:
           Allen L. Moore

Allen L. Moore, Acting Pro-Se
Illinois Dept. of Human Services
Treatment and Detention Facility
R.R. # 1, Box 6-A
Rushville, Illinois 62681

STATE OF ILLINOIS )
                  )
COUNTY OF SCHUYLER)

## AFFIDAVIT AND PROOF OF SERVICE

I, Allen L. Moore, being first duly sworn upon my oath depose and says:

1. On the date of April 25, 2008., I did mail an exact photocopy of the attached letter dated April 24, 2008., to: Mrs. PAMELA E. ROBINSON, CLERK, office of the Clerk, 151 U.S. Courthouse, 600 East Monroe Street, Springfield, Illinois 62701., by depositing the attached letter in an envelope, and placing the letter in the hand of mail personal here at the Rushville, Illinois Treatment and Detention facilities mail personal Mrs. Wanda Pennock, where she placed postage, and thereby place said letter in the U.S. mail box located at the address Illinois Dept. of Human Services, Treatment and Detention Facility, R.R. # 1, Box 6-A, Rushville, Illinois 62681.

2. That the original letter I have kept for my personal records.

Any further affidavit said herein, I your Affiant Allen L. Moore, say it not.

*[signature]*
Affiant

This procedure has been self notarized under the penalty of perjury in accordance with Title 28, U.S.C.A. §1746, §1621. This 25th day of April 2008.

State of Illinois
Department of Human Services



# TDF Resident Grievance

Name of Resident: ALLEN L. Moore     ID #: 864976
Date of Incident Occurrence: April 6, 2007     Unit: D-3
Date Received: 04-17-07 A09:21 IN
Grievance #: 04 07 GR 0284

**Nature of Grievance**
☐ Personal Property  ☐ Staff Conduct  ☒ Mail Handling  ☐ Meals  ☐ Medical  ☐ Other: (Specify): _____
☐ Disciplinary Report:  Report Date: _____

(Attach copy of Notice of Appearance Before The Behavior Committee and Behavior Committee Decision.)

Use only this form to give a BRIEF Summary of Grievance:

I'm an indigent pre-trial detained person, who has not been committed pursuant to Section 40 of the sexually Violent person commitment Act. And therefore, still should be housed at the "Illinois Department of Human Services/Treatment And Detention Facility" under the "Mental Health and Developmental Disability Act." The "Illinois Department of Human Services" allows patients at other "Department of Human Services" Mental Health Facility's, send out "Legal Mail" <u>certified</u>, And pay for the certified legal Mail when the patient is an <u>indigent</u> patients. I have been notified by the Storekeeper and mail personnel; Mrs. Wanda Pennock, that if I wish to send out "Legal Mail" and request that the Legal Mail be mailed to a Federal court, State court, Attorney's, U.S. Marshal Services etc; ["That, if I don't have the money in my personal trust Fund account, that the legal mail will not be sent out through certified mail, with return receipt requested,] Yet The legal Mail would only be sent out (First class Mail). Mrs. Pennock, stated that her current process of meeting detainee's request of sending legal mail out certified with Return receipt Requested. Is that she, charge the cost to the detained person via his monthly 5.00 points of <u>free postage</u>, which is given to me monthly to write to my loved one's. That leaves me <u>NO</u> way to write to my loved ones. (See attached Resident Request dated April 5, 2007, I was charged $4.25, for the cost of certified legal mail postage.) And the cost came out of my free monthly 5.00 points for postage. "This is not Fair, Because the above named facility does not have any jobs were I can earn money for certified postage, And I don't have any finance's coming to me from family or friends.

Relief Requested: That I'm in the states custody, The State does not provide me with a job so that I can earn the money to send legal Mail out certified, with return receipt requested, Plus I am indigent!!! That the State or the IDHS/TDF, Pay for legal mail that I request to be mailed out to a Federal or State court, Any Attorney's, The U.S. Marshal Services, or any Director, Director of the IDHS/TDF, Any management employed at the IDHS/TDF certified Legal Mail, Upon My Request.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreperable harm to self.

Resident Signature: Allen L. Moore     Date: 4-16-07

462-5001 (R-6-06)     Distribution: Master File; Resident     Page 1 of 2

State of Illinois
Department of Human Services

# TDF Resident Grievance



**Grievance Examiner's Response:**

The resident grieved on 4/06/07, that DHS patients at other DHS mental facilities are allowed to send out 'legal mail' CERTIFIED, paid by the State when the patient is indigent. He was notified by Ms. Pennock, Storekeeper that if he wished to send legal mail-Certified he must pay for it either out of his Trust Fund account or from his monthly allotment of 5.0 points (free postage). This is not fair because the above-named facility (TDF-Rushville) does not have any jobs where he can earn money for certified postage and he has no finances coming to him from family or friends.

Grievant's requested relief: That he is in the State's custody. The State does not provide him with a job so that he can earn the money to send legal mail out certified with return receipt requested. Plus he is indigent. That the State or the IDHS/TDF pay for legal mail that he requests to be mailed to courts, attorney, marshal services, or directors of IDHS, <u>certified</u> legal mail upon his request.

Per administrative review, 'Certified' mail is uninsured first class mail for which proof of delivery is obtained. I assume the residents wants proof of delivery. Legal mail is sent free of charge by the Facility however it is only mailed First Class. The resident is correct in that if he asks to have a letter, legal or otherwise sent by 'Certified' mail, it will be deducted from his 5.0 points of free postage if there is not enough money in his trust fund to pay the $4.25 cost. If every resident mailed one (1) certified letter per week at the States' expense, it would cost approximately $66,000 a year. Its safe to say that a number of residents send out more than one letter per week regarding legal issues. The resident can imagine what an enormous expense this would become over time. It would be cheaper if the resident would ask the addressee to respond to his first class letter at a cost of 39 cents, accomplishing the same results, 'proof of delivery'. The U.S. Postal System is very reliable. At this time there are no plans to change the manner in which legal mail is sent as outlined in the Resident Handbook, page 16 and 17.

It is recommended this grievance be Denied.

4-18-07
GV 0284
Moore, A

Grievance Examiner's Signature: _Sandra Simp___  Date: 4/18/07

---

**FACILITY DIRECTOR'S RESPONSE**

Date Received: 4-20-07

Facility Director's Decision: Grievance:  ☐ Upheld  ☒ Denied

Behavior Committee Decision Appeal:  ☐ Upheld  ☐ Denied

Response:

Facility Director Signature: _____  Date: 4-20-07

---

NOTE: If appealing the Facility Director's Decision, please attach the Grievance Appeal Form and forward to Grievance Examiner

Date Received: 6/13/07   **PROGRAM ADMINISTRATOR'S RESPONSE**

Program Administrator Concurs With The Facility Director's Decision:  ☒ Yes  ☐ No

Response: Resident should consider option of mail recipient returning response of letter received.

Program Administrator Signature: _____  Date: 6/14/07

IL462-5001 (R-6-06)   Distribution: Master File; Resident   Page 2 of 2