### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| ALLEN L. MOORE, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 07-3324 |
| THOMAS MONAHAN, DARRELL SANDERS, DAVID KURFMAN, VICKI KOKAS, BRENDA WILTS, BRENDA M. LEONARD, ANDREW P. DUECKER, CLIFTON R. McCALLA, JAMES C. CLAYTON, TARRY WILLIAMS, SANDRA SIMPSON, DIANE DOBIER, JOE PROCTOR, and various other defendants that will be named upon the discovery of their identities, | ) |
| Defendants. | ) |

### MOTION FOR ENLARGEMENT OF TIME

NOW COME the Defendants, JAMES CLAYTON, ANDREW DUECKER, VICKI KOKAS, DAVID KURFMAN, BRENDA LEONARD, CLIFTON McCALLA, THOMAS MONAHAN, DARRELL SANDERS, TARRY WILLIAMS, and BRENDA WILTS, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time of 7 days, up to and including May 19, 2008, in which to answer Plaintiff's Complaint. In support, Defendants state as follows:

1.     The undersigned is the Assistant Attorney General assigned to represent the interests of the above-named Defendants in this cause.

2.     Defendants' answers are due on May 12, 2008. (Text Order, May 7, 2008.)

3. The undersigned is in the process of preparing an answer to Plaintiff's Complaint on behalf of the above-named Defendants, but requires additional time to review pertinent materials with Defendants.

4. The undersigned requests an additional 7 days, up to and including May 19, 2008, in which to prepare and file Defendants' answer Plaintiff's Complaint.

5. This motion is not made for the purpose of undue delay, but is made in good faith for the purpose of preparing a complete and appropriate answer.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request an additional 7 days, up to and including May 19, 2008, within which to prepare and file their answer to Plaintiff's Complaint.

Respectfully submitted,

JAMES CLAYTON, ANDREW DUECKER,
VICKI KOKAS, DAVID KURFMAN,
BRENDA LEONARD, CLIFTON MCCALLA,
THOMAS MONAHAN, DARRELL SANDERS,
TARRY WILLIAMS, and BRENDA WILTS,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for the Defendants,

s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| ALLEN L. MOORE, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>THOMAS MONAHAN, et al., )<br>)<br>Defendants. ) | No. 07-3324 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2008, I electronically filed Defendants' Motion for Enlargement of Time with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

Allen L. Moore, 864976
IL Dept. of Human Services
Treatment & Detention Facility
R. R. #1, Box 6A
Rushville, IL 62681

                              Respectfully submitted,

                                  s/ Michael J. Lanzdorf
                              Michael J. Lanzdorf, #6286675
                              Assistant Attorney General
                              500 South Second Street
                              Springfield, IL   62706
                              Phone: (217) 782-9056
                              Fax: (217) 782 -8767
                              E-Mail: mlanzdorf@atg.state.il.us