IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

ALLEN L. MOORE, )
                )
    Plaintiff,  )
                )   Case No. 07-3324
    -v-         )
                )   Hon. Judge. Harold A. Baker
THOMAS MONAHAN, et al., )   Presiding.
                )
    Defendant(s). )

MOTION TO COMPEL PRODUCTION OF DOCUMENT'S

NOW COMES the Plaintiff, Allen L. Moore, Acting Pro-Se and on behalf of himself, and respectfully moves this Honorable Court to Compel Counsel for Defendant's, Sandra Simpson, Diane Dobier and Joe Proctor to Produce the Document's Plaintiff requested pursuant to Fed.R.Civ.P. 34., In support of this motion Plaintiff state's as follows:

1. That on April 8, 2008, the Plaintiff mailed via first class U.S. mail to Counsel for Defendant's, Sandra Simpson, Diane Dobier and Joe Proctor his request for Production of Document's. (See Attached Ex.A., Proof of Service and Certificate of Service.).

2. That Defendant's Counsel was notified in that said motion that Defendant's was to Produce the requested Document's within 30 days either by providing the Plaintiff with copies or making them available to the Plaintiff for inspection and copying. (See Attached Ex.B., a copy of said Motion.).

3. That Defendant's Counsel had from approximately April 8, 2008 until May 8, 2008 to Produce the requested Document's, but to no avail Counsel for said defendant's did not meet the Plaintiff's request at any level.

4. That items and document's Plaintiff requested in paragraph A., of Requested Document's such as grievance's the plaintiff wrote after he was physically assaulted and/or letter's or any document's and/or statements by any witnesses or Defendant's, plaintiff need these document's because they are relavent to this case, and is evidence that an incident did accure on the date of January 5, 2007 on the North Central recreational yard.

5. That document's described and requested by the plaintiff in paragraph B., such as all written Behavior incident report's, the author's of said report's and complete disposition taken by the Behavior Committee, or staff employed by the Illinois Department of Human Services, is evidence for the plaintiff because it establish's any employee of the Illinois Department of Human Service identity and their account of the incident on the North Central yard, resident and/or pre-trial detainee's account of the incident and all defendant's who are named in plaintiff's complaint paragraph A., their account as described in each of their Written behavior incident report, or plain incident report's all as stated is relavent to the plaintiff in proving the allegation's that he has alleged in his complaint.

6. That document's described and requested by the plaintiff in paragraph C., of Requested Documents, such as any and all logs, notes, or other documentation, such as video or audio recording's, camera monitor recording's, is needed as evidence for the plaintiff, because said requested video recording's will establish that plaintiff was in fact physically assaulted as he described in his complaint.

7. That document's described and requested by the plaintiff in paragraph D., of Requested Document's, such as any and all logs, notes, or other documentation reflectiing plaintiff's medical record, or notices placed in plaintiff's medical records in the Department of Corrections, and the Illinois Department of Human Services, Treatment And Detention Facility, this is needed by the plaintiff, because it would clearly show that plaintiff did sustain injuries as a result of this physical attack, and that the plaintiff is currently being prescribed medication for upper back and neck pain, and for previous lower back injury, and is further evidence that the matter's related to the plaintiff back and neck injury are far to complex for the plaintiff, and that expert witnesses and testimony is required in this instant case.

8. That document's described and requested by the plaintiff in paragraph's E., and F., of Request Document's, such as any and all logs, notes or other created documentation by any contractual managed health provider and/or personnel regarding any and all outside of the Department

Hospital appointment at any time the plaintiff was a pre-trial detainee within the Department of Human Services, Treatment and Detention Facility, and any recording produced of the plaintiff at all times he was a pre-trial detained person at the Treatment And Detention Facility, this is evidence for the plaintiff because it would show a pattern of abuse's inflicted upon the plaintiff by the Security Therapist Aide's at the Treatment And Detention Facility, and a pattern of the contractual managed health care provided and Security therapist aide's covering for eac other to conceal these physical attack's by submitting false behavior incident report's against plaintiff and then subjecting him to various forms of punishment.

WHEREFORE, for all the above stated reasons, Plaintiff, Allen L. Moore, prays that this Honorable Court will grant his motion to Compel the Production of Document's from Counsel for Defendant's Sandra Simpson, Diane Dobier and Joe Proctor and/or from the defendant's themselves. And any other relief this Court deems to be appropriate.

(Date: May 9, 2008)

Respectfully Submitted By:
    Allen L. Moore

_Allen L. Moore_
Allen L. Moore, Acting Pro-Se
Illinois Dept. of Human Services
Treatment And Detention Facility
R.R. #1, Box 6-A
Rushville, Illinois 62681

This procedure has been self notarized under the penalties of perjury in accordance with Title 28, U.S.C.A. §1746, §1621. This 12th day of May 2008.

Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ALLEN L. MOORE, | ) |
| Plaintiff, | ) Case No. 07-3324 |
| v. | ) Hon. Judge. HAROLD A. BAKER |
| THOMAS MONAHAN, et al., | ) PRESIDING. |
| Defendant(s). | ) |

PROOF OF SERVICE

To: James C. Vlahakis
    HINSHAW & CULBERTSON LLP
    222 North LaSalle St., Ste 300
    Chicago, Illinois 60601

PLEASE TAKE NOTICE that on April 8,2008., I mailed to the above name Counsel for Defendant's, PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, by mailing as said from the address of Rural Route # 1, Box 6-A, Rushville, Illinois 62681, to the above named Attorney thereof.

Allen L. Moore, Acting Pro-Se
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. # 1, Box 6-A
Rushville, Illinois 62681

CERTIFICATE OF SERVICE

The undersigned states and certifies that an exact photocopy of the above mentioned was served upon the above named Counsel for Defendant's at the address stated above, by depositing the same in the United States mail, bearing first class United States Postage, and placed in the United States mail box at the address of R.R. # 1, Box 6-A, Rushville, Illinois 62681, on the date of April 8th,2008.

*[signature: Allen L. Moore]*

Exhibit B

3:07-cv-03324-HAB-CHE    # 31    Page 6 of 12

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRCIT OF ILLINOIS
SPRINGFIELD DIVISION

ALLEN L. MOORE,               )
                              )
    Plaintiff/Petitioner,     )    Case No. 07-3324
                              )
    -V-                       )    Hon.Judge. Harold A. Baker
                              )    Presiding.
THOMAS MONAHAN, et al.,       )
                              )
    Defendant/Respondent(s)   )

### PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

NOW COMES the Plaintiff, Allen L. Moore, Acting Pro-Se and on behalf of himself, and in pursuant to Fed. R. Civ. P. 34., and request that the Defendants Produce the Document's listed herein within 30 days, either by providing the Plaintiff with copies or making them available to the Plaintiff for inspection and copying.

### DEFINITION AND INSTRUCTIONS

1. "Documents" or "Document" shall have the full range of meaning attributable to them under the applicable Federal Rules of Civil Procedures, and shall include without limitation the original and all copies and drafts of any written, records or graphic matter, including but not limited to any notebooks, letter correspondences, disciplinary and/or behavior infraction reports with complete disposition taken thereof, grievances with whatever or final resolution described, memorandum, medical records and responding medical reports, and contract agreements.

2. If any documents is with held from production based on privileged work product, security or for any other reason, each such document shall be identified, and the reason why it is being with held shall be stated;

3. The singular shall be understood to include the plural and the plural the singular. Each gender shall be understood to include all other genders;

As used herein "identify" means, with respect to a document, state the type of document(s), the author(s), the date of composition and/or delivery, the recipient(s) and the present custodian(s) of the documents;

5. As used herein "identify" means, with respect to any object or tangible thing which is not a "document", state the size and shape of the object, it's apparent composition, and any identifing marks or caracteristic's appearing thereon;

6. As used herein, the "responding person" means each of the named defendant(s) in this action, this include's the names of nursing employee's, security employees and team leader and/or therapist who are contracted or employed directly with the Illinois Department of Human Services, Treatment And Detention Facility located in Rushville, Illinois.

7. As used herein, "Department" means Illinois Department of Human Services, Treatment And Detention Facility, and any private company that subcontracts as a employee of the Treatment And Detention Facility, for the Department of Human Services.

## REQUESTED DOCUMENTS

A. Any and all grievances, written complaints and/or letters, written by the plaintiff to the responding persons, with the complete disposition taken by each responding persons, including the former Director of the Illinois Department of Human Services, Treatment And Detention Facility Defendant Thomas Monahan, former Director of Security Defendant Darrell Sanders, Grievance Examinor Defendant Sandra Simpson, and Liberty Behavior Management Employee's, and any other documents and/or statements documented by any witnesses, produce these documents;

B. Produce all written Behavior incident reports, the authors of these said reports, and complete disposition taken by the Behavior Committee, or any employee who is employed by the Illinois Department of Human Services and/or the Treatment And Detention Facility, and/or who are no longer employed by the Department of Human Services, and/or the Treatment And Detention Facility;

C. Produce any and all logs, notes, or other documentation, such as video or audio recording's, camera monitor's, reflecting or relating to the conduct of the plaintiff while he has been, and remains a pre-trial detained person at the Treatment And Detention Facility, particularly camera monitor's and or video recording's on the Illinois Department of Human Services, Treatment And Detention Facilities North Central Recre-

ational yard three (3) camera monitor's on the date of January 5, 2007, at approximately or between the hours of, 3:35 pm until 4:35 pm., produce these video tapes and/or recordings, and this while plaintiff was within the Department.

D.  Produce any and all logs, notes, or other documentation reflecting the plaintiff's medical record, or relating to notices placed in the plaintiff's medical records, which were kept of the plaintiff while the plaintiff was an inmate within the Illinois Department of Corrections;

E.  Produce any and all logs, notes, or other documentation created by any contractual managed Health Provider and/or personal regarding any and all outside of the Department Hospital appointments while the plaintiff has been a pre-trial detained person within the Department;

F.  Produce any and all logs, notes, or other documentation such as video and/or audio recordings, reflecting the plaintiff's conduct and/or behavior at the Treatment And Detention Facility, during all the time, and while the plaintiff has been a pre-trial detainee at the Treatment And Detention Facility, and up too the present date of April 1, 2008.

This procedure has been self notarized under the penalties of perjury in accordance with Title 28, U.S.C.A. §1746, §1621. This 1st day of April 2008.

Respectfully Submitted By:
Allen L. Moore

*Allen L. Moore*
Allen L. Moore, Acting Pro-Se
Illinois Dept. of Human Services
Treeatment & Detention Facility
Rural Route # 1, Box 6-A
Rushville, Illinois 62681

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF ILLINOIS
                   SPRINGFIELD DIVISION
```

ALLEN L. MOORE,                    )
                                   )
      Plaintiff,                   )
                                   )    Case No. 07-3324
   -v-                             )
                                   )    Hon. Judge. Harold A. Baker
THOMAS MONAHAN, et al.,            )    Presiding.
                                   )
      Defendant(s).                )

### PROOF OF SERVICE

To: James C. Vlahakis                To: Michael J. Lanzdorf, #6286675
    HINSHAW & CULBERTSON LLP             Assistant Attorney General
    222 North LaSalle St., Ste 300       500 South Second Street
    Chicago, Illinois 60601              Springfield, Illinois 62706
                                         Phone: (217) 782-9056

     PLEASE TAKE NOTICE that on May 12, 2008., I caused to be filed with the Clerk of the United States District Court for the Central District, Springfield Division, **MOTION TO COMPEL PRODUCTION OF DOCUMENT'S**, by mailing as said from the address of Rural Route #1, Box 6-A, Rushville, Illinois 62681, to the thereof.

Allen L. Moore, Acting Pro-Se
Illinois Dept. of Human Services
Treatment And Detention Facility
R.R. #1, Box 6-A
Rushville, Illinois 62681

### CERTIFICATE OF SERVICE

     The undersignd states and certifies that an exact photocopy of the above mentioned was served upon the above named by depositing the same in an envelope bearing the correct U.S. Postage, and placed said in the U.S. mail box at the Illinois Dept. of Human Services, Treatment And Detention Facility, R.R. #1, Box 6-A, Rushville, Illinois 62681, on the date of May 12, 2008.

*/s/ Allen L. Moore*

Fr: Allen L.Moore
    Illinois Dept. of Human Services
    Treatment And Detention Facility
    R.R. #1, Box 6-A
    Rushville, Illinois 62681

Page one of one with
AFFIDAVIT AND PROOF
OF SERVICE ATTACHED

To: Mrs.Pamela E.Robinson, Clerk
    OFFICE OF THE CLERK
    151 U.S. Courthouse
    600 East Monroe Street
    Springfield, Illinois 62701

Date: May 12,2008

Re: Allen L.Moore -v- Thomas Monahan, et al., Case No. 07-3324

Dear Mrs.Pamela E.Robinson, Clerk:

                PLEASE FIND ENCLOSED for filing one (1) original and three (3) photocopies of, MOTION TO COMPEL PRODUCTION OF DOCUMENT'S, for a total of four (4).

    The original is to be stamped filed and received by the court.

    There are two photocopies to be stamped filed and received by the Clerk of the Court.

    And there is a photocopy to be stamped filed and mailed back to me for my personal records.

    PROOF OF SERVICE and CERTIFICATE of Service are attahed.

Thank you very much much for you assistance in this matter.


AFFIDAVIT AND PROOF OF
SERVICE ATTACHED

Respectfully Submitted By:
Allen L.Moore

_Allen L. Moore_ (signature)
Allen L.Moore, Acting Pro-Se
Illinois Dept. of Human Services
Treatment And Detention Facility
R.R.#1, Box 6-A
Rushville, Illinois 62681

```
STATE OF ILLINOIS )
                  )   SS.
COUNTY OF SCHUYLER)
```

## AFFIDAVIT AND PROOF OF SERVICE

I, Allen L. Moore, being first duly sworn upon my oath depose and says:

1. On the date of May 12, 2008., I did mail an exact photocopy of the attached letter dated July 12, 2008., to: Mrs. Pamela E. Robinson, Clerk's Office of the Court, 151 U.S. Courthouse, 600 East Monroe Street, Springfield, Illinois 62701., by depositing the attached letter in an envelope and placing said letter in the hand of the mail personal at the Treatment And Detention Facility, Mrs. Wanda Pennock, where she placed the correct first class U.S. Postage, and thereby placed said letter in the United States mail box located at the address of Illinois Dept. of Human Services, Treatment And Detention Facility, R.R. #1, Box 6-A, Rushville, Illinois 62681.

2. That the original letter I have kept for my personal records.

Any further affidavit said herein, I your affiant Allen L. Moore, say it not.

*Allen L. Moore*
affiant

This procedure has been self notarized under the penalty of perjury in accordance with Title 28, U.S.C.A. §1746, §1621. This 12th day of May 2008.