Page one of Two with Affidavit
And Proof of Service Attached

```
Fr: Allen L. Moore
    Illinois Dept. of Human Services
    Treatment And Detention Facility
    R.R. # 1, Box 6-A
    Rushville, Illinois 62681

To: Mrs. Pamela E. Robinson, Clerk
    Central District of Illinois
    Clerk's Office
    U.S. District Court
    600 E. Monroe-Room 151
    Springfield, IL 62701
```

FILED
MAY 23 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: May 21, 2008

Re: Allen L. Moore -v- Thomas Monhan, et al., Case No. 07-3324

Dear Mrs. Robinson, Clerk:

I previous mailed to you to be stamped filed a, MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT, and an AMENDED COMPLAINT.

I notice that you did not mail me back a stamped filed copy of either motion, although you mailed back to me a copy of the AMENDED COMPLAINT, which was not stamped filed. So I am forwarding to you again, MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT, and AMENDED COMPLAINT, CIVIL RIGHT'S COMPLAINT WITH A JURY DEMAND. The Court "already have the original copies",

However, I am mailing to you seven(7) more copies, with Proof of Service attached, of MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT, CIVIL RIGHT'S COMPLAINT WITH A JURY DEMAND, Amended Complaint. There are copies for each new Defendant's to be served by U.S. Marshals.

~~Also, Please find enclosed for filing (1) original and (3) photocopies of, MOTION TO DENY THE "LIBERTY DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL, for a total of four.~~

There is the original to be stamped filed and received by the Court and a copy of each to be stamped filed and received by the Clerk of the Court. And their is a photocopy to be served upon each of the (3) new Defendants, by the U.S. Marshal services.

There is a copy of the MOTION FOR LEAVE TO FILE AN AMENDED COMPLAIN and AMENDED COMPLAINT, CIVIL RIGHT'S COMPLAINT WITH A JURY DEMAND, and MOTION TO DENY THE "LIBERTY DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL to be stamped filed and returned to me for my personal records. there is a self-addressed stamped envelope with sufficient U.S. postage to mail my stamped filed copies back to me.

Thank you very much for reading this letter.

AFFIDAVIT AND PROOF OF
SERVICE ATTACHED

Respectfully Submitted By:
Allen L. Moore

/s/ Allen L. Moore

-2-of-2-

Allen L. Moore, Acting Pro-Se
Illinois Dept. of Human Services
Treatment And Detention Facility
R.R. # 1, Box 6-A
Rushville, IL 62681

-2-of-2-

STATE OF ILLINOIS )
                  )    SS.
COUNTY OF SCHYLER )

## AFFIDAVIT AND PROOF OF SERVICE

I, Allen L.Moore, being first duly sworn upon my oath depose and say:

1. On May 22,2008, I did mail an exact photocopy of the attached letter dated May 21,2008, to the Clerk of the United States District Court, Central District of Illinois , Springfield Division, by depositing the above mentioned letter and content's thereof in an envelope bearing sufficient first class U.S. Postage, and thereby placed said letter in the U.S. mail box located at the address of : Illinois Dept. of Human Services Treatment & Detention Facility, R.R. #1, Box 6-A, Rushville, Illinois 62681.

That the original letter I have kept for my personal records.

Any further affidavit said herein, I your affiant Allen L.moore say it not.

_____
Affiant

This procedure has been self notarized under the penalty of purjury and in accordance with title 28, U.S.C.A. §1746, §1621. This 21th day of May 2008.