Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment And Detention Facility
R.R. #1, Box-6-A
Rushville, IL 62681

To: Mrs. Pamela E. Robinson, Clerk
Central District of Illinois
Clerk's Office
U.S. District Court
600 E. Monroe - Room 151
Springfield, IL 62701

Page-1-of-1- with Affidavit
And Proof of Service
Attached

FILED
JUN 11 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: June 10, 2008

RE: Allen L. Moore -v- Thomas Monahan, et al., Case No. 07-3324

Dear Mrs. Robinson, Clerk:

I'm inquiring as to whether the Court issued any ruling's or Order's in regards to the "Motion For Leave To File An Amended Complaint, Filed by the Plaintiff on May 2, 2008," And Plaintiff's Proposed Amended Complaint.

Thank you very much for your assistance in this matter.

Respectfully Submitted by:
Allen L. Moore
/s/ Allen L. Moore
Allen L. Moore, Acting Pro-Se
Illinois Dept. of Human Services
Treatment And Detention Facility
R.R. #1, Box 6-A
Rushville, IL 62681

Affidavit And Proof of
Service Attached

Page-1-of-1-

STATE OF ILLINOIS )
COUNTY OF SCHUYLER ) SS.

### AFFIDAVIT AND PROOF OF SERVICE

I, Allen L. Moore, being first duly sworn upon my oath depose and says:

1. On June 10, 2008., I did mail an exact photocopy of the attached letter dated June 10, 2008., to the Clerk of the United States District Court, Central District of Illinois, Springfield Division, by depositing the above mentioned letter thereof in an envelope bearing sufficient first class U.S. Postage, and thereby placed said letter in the U.S. mail box located at the address of: Illinois Dept. of Human Services, Treatment And Detention Facility, R.R.#1, Box 6-A, Rushville, Illinois 62681.

2. That the original letter I have kept for my personal records.

Any further affidavit said herein, I your affiant Allen L. Moore say it not.

_Allen L. Moore_
Affiant

This procedure has been self notarized under the penalty of perjury and in accordance with title 28, U.S.C.A. sec: 1746, sec: 1621. This 10th day of June, 2008.