UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| Allen L. Moore, ) | |
| ) | |
| Plaintiff, ) | Case No. 07-3324 |
| ) | |
| vs. ) | |
| ) | |
| Thomas Monahan, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**Guy Groot**

I certify that I am admitted to practice in this court.

Date:  July 16, 2008

s/ James C. Vlahakis
James C. Vlahakis   06230459
Attorney for Defendants
HINSHAW & CULBERTSON LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
tel: 312-704-3000
fax: 312-704-3001
jvlahakis@hinshawlaw.com

CERTIFICATE OF SERVICE

    I hereby certify that on July 16, 2008, I electronically filed Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record and mailed copy of same to the following party of record:

Allen L. Moore
864976
Rushville TDF
RR 1, Box 6A
Rushville, IL 62681

    Respectfully submitted,

s/ James C. Vlahakis
James C. Vlahakis   06230459
Attorney for Defendants
HINSHAW & CULBERTSON LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
tel: 312-704-3000
fax: 312-704-3001
jvlahakis@hinshawlaw.com