**E-FILED**
Thursday, 31 July, 2008 04:37:54 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

ALLEN L. MOORE,

Plaintiff,

-vs-

THOMAS MONAHAN, DARRELL SANDERS, DAVID KURFMAN, VICKI KOKAS, BRENDA WILTS, BRENDA M. LEONARD, ANDREW P. DUECKER, CLIFTON R. McCALLA, JAMES C. CLAYTON, TARRY WILLIAMS, SANDRA SIMPSON, DIANE DOBIER, JOE PROCTOR, and various other defendants that will be named upon the discovery of their identities,

Defendants.

No. 07-3324

## MOTION FOR ENLARGEMENT OF TIME

NOW COME the Defendants, JAMES CLAYTON, ANDREW DUECKER, VICKI KOKAS, DAVID KURFMAN, BRENDA LEONARD, CLIFTON McCALLA, THOMAS MONAHAN, DARRELL SANDERS, TARRY WILLIAMS, and BRENDA WILTS, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time of 21 days, up to and including August 21, 2008, in which to respond to Plaintiff's Second Request for Production of Documents. In support, Defendants state as follows:

1. The undersigned is the Assistant Attorney General assigned to represent the interests of the above-named Defendants in this cause.

2. Defendants' response to Plaintiff's Second Request for Production of Documents is due on July 31, 2008.

3. The undersigned is in the process of responding to Plaintiff's Second Request for Production of Documents on behalf of the above-named Defendants, but requires additional time to compile the responsive materials and to review them for potential safety and security threats.

4. The undersigned requests an additional 21 days, up to and including August 21, 2008, in which to respond to Plaintiff's Second Request for Production of Documents.

5. This motion is not made for the purpose of undue delay, but is made in good faith for the purpose of preparing a complete response.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request an additional 21 days, up to and including August 21, 2008, within which to respond to Plaintiff's Second Request for Production of Documents.

Respectfully submitted,

JAMES CLAYTON, ANDREW DUECKER, VICKI KOKAS, DAVID KURFMAN, BRENDA LEONARD, CLIFTON MCCALLA, THOMAS MONAHAN, DARRELL SANDERS, TARRY WILLIAMS, and BRENDA WILTS,

Defendants,

LISA MADIGAN, Attorney General, State of Illinois,

Attorney for the Defendants,

s/ Michael J. Lanzdorf

Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| ALLEN L. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 07-3324 |
| | ) | |
| THOMAS MONAHAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2008, I electronically filed Defendants' Motion for Enlargement of Time with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

Allen L. Moore, 864976
IL Dept. of Human Services
Treatment & Detention Facility
R. R. #1, Box 6A
Rushville, IL 62681

Respectfully submitted,

s/ Michael J. Lanzdorf

Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us