E-FILED
Tuesday, 05 August, 2008 09:09:44 AM
Clerk, U.S. District Court, ILCD



# Wexford Health
SOURCES INCORPORATED

July 29, 2008

USDC
Central District of Illinois
Attn: Pamela E. Robinson, Clerk
United States Courthouse
600 E Monroe
Springfield IL 62701

        Re:    Moore v. Monahan, et. Al.
               07-3324

Dear Ms. Robinson:

Although Defendants Nicole Newman and Lisa Brown may be current employees of Wexford Health Sources, Inc. (Wexford), they were not Wexford employees during the allegations contained in the Complaint by Plaintiff Allen Moore. Wexford began the DHS Rushville TDF contract on 9/1/2007. Addus was the previous health care vendor thereat. Accordingly, I refuse to accept service on their behalf.

Please feel free to contact me with any questions. Thanks!

Very truly yours,

*[signature]*

Joe Ebbitt
Manager, Risk Management
enclosures



**Joe Ebbitt**
MANAGER OF RISK MANAGEMENT
JEBBITT@WEXFORDHEALTH.COM | P: 412-937-3614 | F: 412-937-8874

425 HOLIDAY DRIVE | FOSTER PLAZA TWO   **Wexford Health**
PITTSBURGH, PA 15220 | WEXFORDHEALTH.COM   SOURCES INCORPORATED

425 HOLIDAY DRIVE | FOSTER PLAZA TWO | PITTSBURGH, PA 15220 | P: 412-937-8590 | F: 412-937-8599 | WWW.WEXFORDHEALTH.COM