AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

**E-FILED**
Wednesday, 06 August, 2008  08:48:39 AM
Clerk, U.S. District Court, ILCD

# United States District Court

_____ CENTRAL DISTRICT OF ILLINOIS _____

## SUMMONS IN A CIVIL CASE

**Allen L Moore**

vs.                                                                Case Number:  **07-3324**

**Thomas Monahan et al**

TO:  Carol L Adams
       c/o Patrick Knepler, DHS,
       Division of Mental Health
       319 East Madison, Suite 3B
       Springfield, IL 62701

     **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

                    **Allen L Moore**,864976

                    RUSHVILLE
                    IL Department of Human Services
                    Treatment & Detention Facility
                    RR 1, Box 6A
                    Rushville, IL 62681

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

August 5, 2008

                         PAMELA E. ROBINSON, CLERK

                         __s/Pamela E. Robinson__
                         BY:  DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

| RETURN OF SERVICE | |
|---|---|
| **Service of the Summons and Complaint was made by me** | **DATE** |
| **NAME OF SERVER** *(PRINT)* | **TITLE** |

*Check one box below to indicate appropriate method of service*

[ ]  **Served personally upon the defendant. Placed where served:** _____

[ ]  **Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.**
**Name of person with whom the summons and complaint were left:** _____

[ ]  **Returned unexecuted:** _____

[ ]  **Other** *(specify)*: _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| **TRAVEL** | **SERVICES** | **TOTAL** |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of  Service Fees is true and correct.

Executed on _____        _____
                *Date*                              *Signature of Server*

                                                _____
                                                *Address of Server*