

E-FILED
Thursday, 28 August, 2008 04:48:30 PM
Clerk, U.S. District Court, ILCD

AUG 2 8 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

ALLEN L. MOORE,                    )
                                   )
            Plaintiff,             )    Case No. 07-3324
                                   )
      v.                           )    Hon. Judge. HAROLD A. BAKER
                                   )
THOMAS MONAHAN, et al.,            )    Presiding.
                                   )
            Defendant(s).          )
                                   )

## ADDENDUM TO PLAINTIFF'S PENDING MOTION
## FOR THE APPOINTMENT OF COUNSEL

NOW COMES the Plaintiff, ALLEN L. MOORE, Acting Pro-Se and on behalf of himself, in prrusuant to Fed. R. Civ. P. §1915, respectfully request that this Honorable Court accept this Addendum to Plaintiff's already pending motion for the Appointment of Counsel, and Appoint him counsel. For the following reasons as stated below by the Plaintiff:

1.   That the Plaintiff has tried to obtain the assistance of counsel on his own, on a pro-bono and or a contingency fee basis. Plaintiff received most of the response's back from Attornies and law firms notifing the plaintiff that they will not and can not take the Plaintiff's case for various reasons.(See, Attached to this Motion seven (7) letter's reflecting these notices, marked as Ex. A., See, also Attached post mark's of letter's Plaintiff has mailed out to Attornies seeking representation, marked as Ex. B., See, Attached copies of letter's mailed back to Plaintiff, as "Return To Sender Not Deliverable As Addressed Unable To Forward, marked as Ex. C).

2.   That since Plaintiff's filing of his Motion for the Appointment of Counsel, Defendant's Thomas Monahan, Darrell Sanders, David Kurfman, Vicki Kokas, Brenda Wilts, Brenda M. Leonard, Andrew P. Duecker, Clifton R. McCalla, James C. Clayton and Defendant, Tarry Williams has been uncooperative in responding to Plaintiff's Discovery request.

3.   Said Defendant's named in paragraph 2, above refuse to turn over

to plaintiff copies of vidio and audio recordings, as plaintiff requested
in his first set of Production of documents, under Request C, on the
basis that the release of video and audio recordings to Plaintiff would
threaten the safety and security of patients and staff. The the defendants
contridict themselves by stating that do do not have a video recording
of the January 5,2007, incident involving Plaintiff, in their possession
or control. Plaintiff direly need the Appointment of Counsel to thoroughly
look into and/or investigate this matter further, Because said video
is a major part of Plaintiff proving his case. And if Plaintiff had the
appointment of counsel any video or audio recording's in defendant's
custody and control could be given to counsel, and would resolve defen-
dant's concern of safety and security concerns.

4.   Defendant's response to Plaintiff's second request for production of
Document's attempts to mis-lead the Plaintiff in refusing the Plaintiff
any and all ivestigative reports, pertaining to A, B, C, D, and N of his
second request for production of document's. Defendant's basis for their
objection is on the basis of the law enforcement investigatory privilege
because the Defendant's state's the release of these investigative reports
would threaten the safety and security at the Rushville Treatment & Det-
ention Facility Facility. First Defendant's are not law enforcement of
any kind under any State of Illinois agency duly organized. Defendant's
are Security/Supervisor's under a civil Act, the Illinois Sexually Vio-
lent Persons Commitment Act. Defendant's are not prison guards of any
kind. None of the Defendant's have any powers or authorities of a law
enforcement agency within the State of Illinois or any other state.
Plaintiff is not a prisoner serving any sentence. Plaintiff's needs the
appointment of counsel so that counsel can obtain all requested inves-
tigative reports that defendant's admit exsist, but refuse to turn over
to the Plaintiff, due to law enforcement investigatory privilege, and
the safety and security at the Rushville Treatment & Detention Facility.
Plaintiff would be severally handicapped in presenting his case at the
summary judgment stage or at trial, if he can not obtain these invest-
igative reports from defendant's.

5.   Defendant's object's to Plaintiff's several request in his second
request for production of documents, citing again in Plaintiff's request

under L and M, that Defendant's oject to said request on the basis that
the release of video recordings to Plaintiff would threaten the safety
and security of patients and staff, then state under Request L, that
Defendant's do not have a video recording of the January 5,2007, incident
involving Plaintiff in their possession or control. Then Defendant's
state for request M, that Defendant's will make the responsive video
recording's, to the extent they exist, available at trial. Since its
clear from Defendant's view that to turn over to the Plaintiff the re-
quested video recording's would threaten the safety and security of
patients and staff, and Defendant's admit that video exist under request
M, and will be made available at trial. It would only be fair to appoint
Plaintiff counsel, so that counsel can obtain these document's on behalf
of the Plaintiff, since they are sensitive video's that Defendant's don't
want in the hands of the plaintiff for safety and security concerns.

6.    Defendant's objects to Plaintiff's second request for production
of documents, under request J, and K, citing that Plaintiff may access
his medical records from a more convenient source. Residents may request
and receive copies of their medical records from the Rushville Treatment
& Detention Facility after they have signed a medical release form. Re-
sidents do not have an unlimited and automatic right to free copies of
their medical records. Defendant's are making the Plaintiff's case dif-
fecult, in that Plaintiff's medical records are more easily obtained by
Defendants, and the Department of Human Services ("DHS"). All of Plain-
tiff's medical records related to the matters set forth in plaintiff's
complaint are in the custody of ("DHS"). Plaintiff needs the appointment
of counsel to assist him in obtaining these medical records from defen-
dant's.

**Conclusion,** Plaintiff can not properly prosecute his case without
the requested video, audio and the several statement's made by security
staff, resident's, pre-trial detainee's and all investigative report's
Defendant's claims are privileged, and would threaten the safety and
security if turned over to the plaintiff. Plaintiff need the appointment
of counsel to affectively prosecute his case.

WHEREFORE, For all of the foregoing reasons, Plaintiff, Allen L. Moore, prays that this Honorable Court appoint him counsel. And any other relief this court deems is appropriate.

Date: _August 22, 2008_

Respectfully Submitted by,
Allen L.Moore

_Allen L. Moore_
Allen L.Moore, Acting Pro-Se
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. # 1, Box 6-A
Rushville, IL 62681

This procedure has been self
notarized under the penalty of
perjury and in accordance with
title, 28, U.S.C.A. §1746,§1621.
This _22th_ day of 2008.

EXHIBIT A



# THE CHICAGO BAR ASSOCIATION

321 S. Plymouth Court
Chicago, Illinois 60604-3997
Tel (312) 554-2000
Fax (312) 554-2054
www.chicagobar.org

**OFFICERS**

Victor P. Henderson
PRESIDENT

Hon. E Kenneth Wright, Jr.
FIRST VICE PRESIDENT

Anita M. Alvarez
SECOND VICE PRESIDENT

Aurora Abella-Austriaco
SECRETARY

Terri L. Mascherin
TREASURER

Steven F. Pflaum
GENERAL COUNSEL

April 10, 2008

Mr. Allen L. Moore
Illinois Department of Human Services
Treatment and Detention Facility
R.R. #1, Box 6-A
Rushville, IL 62681

Dear Mr. Moore:

We are in receipt of your letter requesting a list of pro-bono attorneys. The Chicago Bar Association Lawyer Referral Service does not provide this service. In order to find an attorney closer to Northern Illinois, you may wish to contact the Illinois State Bar Association's Lawyer Referral Service at the address below. Enclosed for your records are the documents you submitted.

Illinois Lawyer Finder
P.O. Box 1330
Springfield, IL 62705-1330

For free or low-cost legal assistance, you should contact:

| CARPLS | | Cabrini Green Legal Aid Clinic |
|---|---|---|
| 17 N. State St., Suite 1850 | | 206 W. Division St. |
| Chicago, IL 60602 | OR | Chicago, IL 60610 |
| (312) 738-9200 | | (312) 266-1345 |

Good luck with your legal matter,


THE CHICAGO BAR ASSOCIATION LAWYER REFERRAL SERVICE


enclosure

**BOARD OF MANAGERS:** Kevin P. Durkin • William B. Oberts • Karen A. Clanton • Hon. David H. Coar • Susan E. Cox • J. Timothy Eaton • Ian H. Fisher • Hon. James F. Henry • Charis A. Runnels • Gregory Paul Vazquez • Carolyn D. Amadon • Carolyn H. Clift • William F. Conlon • Maurice Grant • Hon. Thomas L. Hogan • Patricia Brown Holmes • Robert A. Merrick, Jr. • Susan A. Pipal

Terrence M. Murphy, Executive Director
Benjamin M. Manaloto, Controller



THE
ROGER
BALDWIN
FOUNDATION
OF ACLU,
INC.

SUITE 2300
180 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60601-1287
(312) 201-9740
FAX (312) 201-9760
WWW.ACLU-IL.ORG

April 10, 2008

Allen L. Moore
Illinois Department of Human Services
Treatment and Detention Facility
R.R. #1, Box 6-A
Rushville, IL  62681

Dear Mr. Moore:

Thank you for contacting the American Civil Liberties Union of
Illinois.  We have carefully reviewed the situation you described in your
letter of March 30, 2008, and we regret to inform you that we will not be
able to accept your case.

Generally, the ACLU challenges governmental action that poses a
threat to the civil liberties or civil rights of a group of persons.  We also
accept some individual cases where a favorable decision will extend civil
rights protection to a broad class of people.

The fact that we cannot help you does not mean that your case has
no merit.  You should be aware that there is a limited time in which legal
action may be pursued, sometimes referred to as a statute of limitations.
You should contact an attorney for advice about preserving any rights that
you may have.

Please accept our regrets that we cannot assist you with your
problem.

Very truly yours,

Benjamin S. Wolf

 **John Howard Association of Illinois**

300 West Adams Street, Suite 423 Chicago, IL 60606
Tel. 312-782-1901  Fax. 312-782-1902  www.john-howard.org

April 25, 2008

Mr. Allen L. Moore
IL Dept of Human Services
Treatment and Detention Facility
RR #1, Box 6-A
Rushville, IL 62681

Dear Mr. Moore,

I am replying to your letter dated 3/30/08 in which you asked for advice and legal assistance concerning your case.

The John Howard Association of Illinois tries to assist inmates who need information or assistance with problems having to do with conditions of incarceration, grievances, medical care and the like. We do not provide legal representation to individual inmates. We do try to connect inmates with lawyers who might be able to help them in some way.

Unfortunately and as you probably well know there are few attorneys or law firms that are able to assist inmates with legal problems such as yours. Those who do are seriously overloaded with work. We do think that if possible a lawyer should look at your letter to see if he or she can assist you.

We have forwarded your letter to:

    Alan Mills, Esq.
    Uptown People's Law Center
    4413 North Sheridan Road
    Chicago, IL 60640

Mr. Mills or an associate might be able to consider your case or refer it to another lawyer who may be able to help. Please understand he more requests than he can accept, but I am sure he will give your letter a careful review and do what he can from there.

We wish you all the best.

Sincerely,

Charles A. Fasano, Director
Prisons and Jails Program



**DLA Piper US LLP**
500 Eighth Street, N.W.
Washington, D.C. 20004
**T** 202.799.4000
**F** 202.799.5000
**W** www.dlapiper.com

ELIZABETH DEWEY
ELIZABETH.DEWEY@dlapiper.com
**T** 202.799.5505  **F** 202.799.5000

May 1, 2007

Mr. Allen Moore
Illinois Department of Human Services
Treatment and Detention Facility
RR #1, Box 6-A
Rushville, IL 62681

   Re:  Request For Pro Bono Assistance

Dear Mr. Moore:

  We are in receipt of your letter requesting pro bono assistance. DLA Piper attempts to provide legal assistance to as many individuals as possible, but, unfortunately, the demand for such representation far exceeds our ability to do so. While we appreciate your need for pro bono representation, we are unable at this time to provide such representation.

  We wish you good luck in the future and encourage you to continue to seek pro bono representation from other firms.

     Sincerely,

     *LDewey*

     Lisa Dewey

WASH1\4928473.1



6600 Sears Tower
Chicago, Illinois   60606
*t* 312.258.5500
*f* 312.258.5600
www.schiffhardin.com

Everett J. Cygal
312-258-5783
ecygal@schiffhardin.com

May 19, 2008

Mr. Allen L. Moore
Illinois Department of Human Services
Treatment and Detention Facility
RR #1, Box 6-A
Rushville, IL 62681

Dear Mr. Moore:

  I have received your letter.  Unfortunately, I cannot represent you in this matter.

     Very truly yours,

     Everett J. Cygal

EJC:nt

CH2\2503556.1



**ILLINOIS STATE
BAR ASSOCIATION**

May 22, 2008

Mr. Allen L. Moore
Illinois Department of Human Services
Treatment and Detention Facility
RR #1, Box 6A
Rushville, Illinois  62681

Dear Mr. Moore:

Your letter to the Illinois State Bar Association has been referred to me for response.

The Illinois State Bar Association is a private, not-for-profit corporation and is prohibited by statute from practicing law, which includes giving of specific legal advice to individuals regarding their specific cases.

Unfortunately, the Illinois Lawyer Referral Service is unable to refer attorneys to those who are unable to meet with the attorneys in their own offices.  I can only suggest that you ask your family or friends to help you contact a private practicing attorney.

Sincerely,

C. Northrup

C. Northrup

CJN:ds

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200

June 12, 2008

**LEGAL MAIL - CONFIDENTIAL**

Mr. Allen Moore
IL Department of Human Services
Treatment and Detention Facility
R.R. #1, Box 6-A
Rushville, IL  62681

Re:     *Pro Bono Representation*

Dear Mr. Moore:

This is in response to your recent letter to Kirkland & Ellis LLP seeking *pro bono* representation.  Unfortunately, I am writing to advise you that the firm of Kirkland & Ellis LLP is not in a position to assist you in this matter.  Due to the number of requests we receive, we can necessarily only accept a small percentage of requests for *pro bono* assistance.  As such, this decision should not be taken as reflecting on the merits of your matter in any way.

However, legal service organizations may be available to assist you in your search for legal advice.  The Coordinated Advice and Referral Program for Legal Services ("CARPLS") provides legal advice for many matters and can refer you to the appropriate legal service organization if they are unable to provide assistance.  The CARPLS hotline can be reached at 312-738-9200, and is open Monday through Friday from 9:00AM to 4:30PM and on Wednesday evenings until 7:30PM.  You should also visit www.illinoislegalaid.org.  This informative website can answer many legal questions and will list legal aid organizations appropriate for your legal issue.

Because we will not be assisting you, we are returning your letter to you, and any supporting materials you sent.  I wish you the best of luck in seeking representation.

Sincerely,



Hong Kong     London     Los Angeles     Munich     New York     San Francisco     Washington, D.C.



SONNENSCHEIN NATH & ROSENTHAL LLP

7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6404
312.876.8000
312.876.7934 fax
www.sonnenschein.com

**Christine E. Preissig**
312.876.7445
CPreissig@sonnenschein.com

June 26, 2008

Allen L. Moore
Illinois Department of Human Services
Treatment and Detention Facility
RR # 1, Box 6-A
Rushville, IL  62681

Dear Mr. Moore :

    We have received your request for legal representation on a pro bono basis by our firm, Sonnenschein, Nath & Rosenthal LLP.  We receive many more requests for representation than we can undertake.  We will not be able to provide you with advice or representation.  This response to your request is not based upon any judgment as to the merits of your case.

    Regards,

Christine E. Preissig
Operations Manager

CEP/llp/14337886

<u>EXHIBIT B</u>

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment And Detention Facility
R.R. # 1, Box 6-A
Rushville, IL 62681

LEGAL MAIL

To: Illinois Lawyer Finder
P.O. Box 1330
Springfield, IL 62705-1330



UNITED STATES POSTAGE
02 1P                  $00.410
000239521 3   APR 15 2008
MAILED FROM ZIP CODE 62681
PITNEY BOWES

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. # 1, Box 6-A
Rushville, IL 62681

LEGAL MAIL

To: The Appleseed Fund for Justice,
One Quincy Court Building
220 S. State St., Attn: Malcolm Rich,
Chicago, IL 60604

02 1P $00.410
0002395213    MAR 31 2008
MAILED FROM ZIP CODE 62681

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. # 1, Box 6-A
Rushville, IL 62681

LEGAL MAIL

To: John Howard Association
300 West Adams Street, Suite 423
Chicago, IL 60606



02 1P $00.410
0002395213    MAR 31 2008
MAILED FROM ZIP CODE 62681

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. # 1, Box 6-A
Rushville, IL 62681

legal mail

To: Mrs. Linda S. DeBruin
Mr. Joseph M. Russell
Kirkland & Ellis
200 East Randolph Street
Chicago, IL 60601

UNITED STATES POSTAGE
02 1P                  $00.410
000239.5213  MAR 31  2008
PITNEY BOWES
MAILED FROM ZIP CODE 62681

LEGAL MAIL

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. # 1, Box 6-A
Rushville, Illinois 62681



UNITED STATES POSTAGE
02 1P                  $00.410
000239.5213  MAR 31  2008
PITNEY BOWES
MAILED FROM ZIP CODE 62681

To: Mrs. Elizabeth R. Dewey
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R.# 1, Box 6-A
Rushville, IL 62681

LEGAL MAIL

To: Mr. Anthony J. Masciopinto
KULWIN, MASCIOPINTO & KULWIN, L.L.P.
161 North Clark Street
Suite 2500
Chicago, IL 60601

UNITED STATES POSTAGE
PITNEY BOWES
02 1P          $00.410
0002395213  MAR 31 2008
MAILED FROM ZIP CODE 62681

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. # 1, Box 6-A
Rushville, IL 62681

LEGAL MAIL

Address No
Good

To: Mr. John B. Lower
FIORETTI & LOWER,
LTD.
39 South LaSalle Street
Suite 1400
Chicago, IL 60603

UNITED STATES POSTAGE
PITNEY BOWES
02 1P          $00.410
0002395213  MAR 31 2008
MAILED FROM ZIP CODE 62681

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. #1, Box 6-A
Rushville, IL 62681

LEGAL MAIL

To: Mr. Kimball R. Anderson (Chair)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

02 1P
000239S213  MAR 31  2008
$00.410
MAILED FROM ZIP CODE 62681
UNITED STATES POSTAGE
PITNEY BOWES

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. #1, Box 6-A
Rushville, IL 62681

LEGAL MAIL

To: Vilia Drazdys (Coordinator)
Wildman Harrold Allen & Dixon
225 West Wacker Drive
Suite 2800
Chicago, IL 60606

02 1P
000239S213  MAR 31  2008
$00.410
MAILED FROM ZIP CODE 62681
UNITED STATES POSTAGE
PITNEY BOWES

Fr: Allen L. Moore
IDHS/TDF
R.R. #1 Box 6-A
Rushville, IL 62681

"LEGAL MAIL"

TO: MR. Everett Cygal
SCHIFF, HARDIN & WAITE
6600 Sears Tower
Chicago, IL 60606

LEGAL MAIL

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. # 1, Box 6-A
Rushville, IL 62681

To: Mr. Richard F. O'Malley
Sidley & Austin
One First National Plaza
Chicago, IL 60603



UNITED STATES POSTAGE
02 1P
0002395213
MAILED FROM ZIP CODE 62681
$00.410
PITNEY BOWES
MAR 31 2008

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. #1, Box 6-A
Rushville, IL 62681

LEGAL MAIL

To: Mr.Terrance A. Norton
Sonnenschein Nath & Rosenthal
233 South Wacker Drive
Chicago, IL 60606

02 1P
000239521J   MAR 31 2008
MAILED FROM ZIP CODE 62681
UNITED STATES POSTAGE $00.410 PITNEY BOWES

LEGAL MAIL

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. #1, Box 6-A
Rushville, IL 62681

To: Mr. Benjamin S. Wolf
Mrs. Sarah Schriber
Roger Baldwin Foundation of the ACLU,
Inc.
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601



02 1P
000239521J   MAR 31 2008
MAILED FROM ZIP CODE 62681
UNITED STATES POSTAGE $00.410 PITNEY BOWES

LEGAL MAIL

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. #1, Box 6-A
Rushville, IL 62681

To: Mr. Donald A. Kurasch
KURASCH & KLEIN LTD.
100 North LaSalle Street
Suite 2005
Chicago, IL 60602

UNITED STATES POSTAGE
02 1P
0002395213    MAR 31 2008
MAILED FROM ZIP CODE 62681
$00.410
PITNEY BOWES

LEGAL MAIL

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. #1, Box 6-A
Rushville, IL 62681

To: Mr. John B. Kralovec
KRALOVEC, JAMBOIS & SCHWARTZ
60 West Randolph Street
Fourth Floor
Chicago, IL 60601



UNITED STATES POSTAGE
02 1P
0002395213    MAR 31 2008
MAILED FROM ZIP CODE 62681
$00.410
PITNEY BOWES

Fr: Allen L. Moore
    Illinois Dept. of Human Services
    Treatment & Detention Facility
    R.R. # 1, Box 6-A
    Rushville, Illinois 62681

LEGAL MAIL

To: Illinois Pro Bono Center,
    116 N. Chestnut St., Suite 220
    Champaign, IL 60661



UNITED STATES POSTAGE
PITNEY BOWES
$00.410
02 1P
0002395213    MAR 31 2008
MAILED FROM ZIP CODE 62681

Fr: Allen L. Moore
    Illinois Dept of Human Services
    Treatment & Detention Facility
    R.R. #1, Box 6-A
    Rushville, IL 62681

LEGAL MAIL

To: Southern Illinois University School of
    Law Legal Clinics,
    104 Lesar Law Building,
    Carbondale, IL 62901-6821

UNITED STATES POSTAGE
PITNEY BOWES
$00.410
02 1P
0002395213    MAR 31 2008
MAILED FROM ZIP CODE 62681

Fr: Allen L. Moore
Illinois Dept. of human services
Treatment & Detention Facility
R.R. # 1, Box 6-A
Rushville, IL 62681

<u>LEGAL MAIL</u>

To: Mr. Stephen M. Komie
KOMIE & ASSOCIATES
One North LaSalle Street
Suite 4200
Chicago, IL 60602

UNITED STATES POSTAGE
02 1P
0002395213    MAR 31 2008
$00.410
PITNEY BOWES
MAILED FROM ZIP CODE 62681

---

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. # 1, Box 6-A
Rushville, Illinois 62681

<u>LEGAL MAIL</u>



To: Mr. William H. Hooks
HOOKS LAW OFFICES, P.C.
29 South LaSalle Street
Barrister Hall, Suite 333
Chicago, IL 60603



UNITED STATES POSTAGE
02 1P
0002395213    MAR 31 2008
$00.410
PITNEY BOWES
MAILED FROM ZIP CODE 62681

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. # 1, Box 6-A
Rushville, IL 62681

LEGAL MAIL

To: Chicago Lawyers Committee for Civil Rights
Under Law, Inc.
100 N. LaSalle St. Ste. 600
Chicago, IL 60602

UNITED STATES POSTAGE
PITNEY BOWES
02 1P        $00.410
0002395213   MAR 31 2008
MAILED FROM ZIP CODE 62681

Fr: Allen L. Moore
Ill. Dept. of Human Services
Treatment and Detention Facility
R.R. #1, Box 6-A
Rushville, IL 62681

LEGAL MAIL

To: Daniel L. Fultz
FULTZ LAW OFFICE
802 South Second Street
Springfield, IL 62704-2602

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 00.420
0002395213 AUG 22 2008
MAILED FROM ZIP CODE 62681

EXHIBIT C

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. #1, Box 6-A
Rushville, Illinois 62681

LEGAL MAIL

To: Mr. William H. Hooks
HOOKS LAW OFFICES, P.C.
29 South LaSalle Street
Barrister Hall, Suite 333
Chicago, Ill 60603

NIXIE            606    DE 1            00 04/07/08

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 52601976605    *0751-04107-31-44

UNITED STATES POSTAGE
$ 00.410
02 1P
0002395213   MAR31 2008
MAILED FROM ZIP CODE 62681

LEGAL MAIL

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. # 1, Box 6-A
Rushville, Illinois 62681

To: Illinois Pro Bono Center,
116 N. Chestnut St., Suite 220
Champaign, IL 60661

NIXIE    517    DE 1    00 04/05/08

RETURN TO SENDER
ATTEMPTED - UNKNOWN
UNABLE TO FORWARD

BC: 62661978906    *0761-04412-31-44

UNITED STATES POSTAGE
$00.410
02 1P
000295213    MAR31 2008
MAILED FROM ZIP CODE 62681

LEGAL MAIL

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. # 1, Box 6-A
Rushville, IL 62681

To: Mr. John B. Lower
FIORETTI & LOWER,
LTD.
39 South LaSalle Street
Suite 1400
Chicago, IL 60603

FORWARD TIME EXP RTN TO SEND
FIORETTI & LOWER LTD
221 RIVERSIDE PLZ STE 1550
CHICAGO IL 60606-6018

RETURN TO SENDER

UNITED STATES POSTAGE
$00.410
02 1P
000295213    MAR31 2008
MAILED FROM ZIP CODE 62681

LEGAL MAIL

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment & Detention Facility
R.R. # 1, Box 6-A
Rushville, IL 62681

To: The Appleseed Fund for Justice,
One Quincy Court Building
220 S. State St., Attn: Malcolm Rich,
Chicago, IL 60604

NIXIE        606   DE 1        00   04/09/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 62681976605      *0751-04115-01-44

02 1P
000239S213   MAR31 2008
MAILED FROM ZIP CODE 62681
UNITED STATES POSTAGE
$00.410
PITNEY BOWES

LEGAL MAIL

Fr: Allen L. Moore
Illinois Dept. of Human Services
Treatment And Detention Facility
R.R. # 1, Box 6-A
Rushville, Ill 62681

To: Legal Assistance Foundation
3435 Dearborn Street, Suite 700
Chicago, Ill 60604

NIXIE        606   DC 1        00   04/13/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 62681970305      *0961-10763-07-41

02 1P
000239S213   APR 07 2008
MAILED FROM ZIP CODE 62681
UNITED STATES POSTAGE
$00.410
PITNEY BOWES

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

ALLEN L. MOORE,                    )
                                   )
            Plaintiff,             )    Case No. __07-3324__
                                   )
      v.                           )    Hon. Judge. HAROLD A. BAKER
                                   )
THOMAS MONAHAN, et al.,            )    Presiding.
                                   )
            Defendant(s).          )
                                   )

## PROOF OF SERVICE

To: James C. Vlahakis                To: Michael J. Lanzdorf,#6286675
    HINSHAW & CULBERTSON LLP             Assistant Attorney General
    222 North LaSalle, Suite 300         500 South Second Street
    Chicago, IL 60601                    Springfield, IL 62706

     I, Allen L. Moore, hereby certify that on 27 th day of August, 2008,
the original and two (2) true copies of Plaintiff's, ADDENDUM TO PLAINTIFFS
**PENDING MOTION FOR THE APPOINTMENT OF COUNSEL** were filed by mailing to
the Clerk of the United States District Court for the Central District of
Illinois, Springfield Division, 600 E. Monroe-Room 151, Springfield, IL
62701, postage pre-paid, and by mailing one (1) copy of said Addendum to
Plaintiff's pending motion for the appointment of counsel to the Defen-
dant's counsel as stated above.



Allen L. Moore, Acting Pro-Se
Illinois Dept. of Human Services
Treatment And Detention Facility
R.R. # 1, Box 6-A
Rushville, IL 62681

## CERTIFICATE OF SERVICE

     The undersigned mailed said copy to counsel for defendant's by placing
same in an envelope bearing sufficeint first class U.S. postage, and
placed said in the U.S. mail box located at the Rushville, Illinois Trea-
tment and Detention Facility R.R. # 1, Box 6-A, Rushville, IL 62681 on
the date of August 27th, 2008.