IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

ALLEN L. MOORE, )
)
    Plaintiff, ) Case No. 07-3324
)
-v- ) Hon. Judge. HAROLD A. BAKER
) Presiding.
THOMAS MONAHAN, et al., )
)
    Defendant(s). )
)

<u>MOTION FOR A MORE DEFINITE STATEMENT</u>

    NOW COMES the Plaintiff, ALLEN L. MOORE, Acting Pro-Se and on behalf of himself, and respectfully moves this Honorable Court for a more definite statement. And in suuport of this motion the Plaintiff states as follows:

1. On May 2, 2008, the Plaintiff submitted to the Clerk of this Court for filing, Motion for leave to file an Amended Complaint and his Proposed Amended Complaint.

2. In Plaintiff's Amended Complaint, he added a total of four (4) Defendant's.

3. That Plaintiff never received notice from this Court of any order's entered on his May 2, 2008, filing's of, Motion for leave to file an Amended Complaint, and the Amended Complaint.

4. On or about July 17, 2008, the Plaintiff received from this Court, three (3) Request for waiver of service, for Defendant's Lisa Brown, Nicole Newman and Guy Groot. Of these notices, only Defendant Guy Groot counsel, James C. Vlahakis, of HINSHAW & CULBERTSON entered his appearance on behalf of this defendant, However, there has been no counsel entering their appearance for Defendant's Lisa Brown and Nicole Newman.

5. That until this date, there has not been summons form, Request for waiver of service, entered on Defendant Carol L. Adams, who is named as a Defendant in count VII of the Plaintiff's Proposed Amended Complaint.

6. Defendant Guy Groot counsel filed an answer on his behalf.

7. Since Plaintiff is not allowed with Defendant's addresses or other information were they can be found outside their place of employment, Plaintiff ask this Court for a more definite statement as to why have a Request for waiver of service and notice of lawsuit been sent to J. Ebbitt, Wexford Health regarded defendant's Nicole Newman and Lisa Brown on the date of July 17, 2008, and no counsel has entered their appearance on these named defendant's behalf, it's been more than thirty (30) days.

8. Plaintiff request from this Court a more definite statement as to why have there been no summons form and copy of the complaint and/or Request for waiver of service sent to Defendant Carol L. Adams. She has been named in count VII of Plaintiff's Amended Complaint.

9. That the Plaintiff need's these Defendant's served with proper service, so that this court has jurisdiction over them, so that allegation's made against these defendant's can be properly addressed by this court.

WHEREFORE, For all of the aboved stated reasons, the Plaintiff, Allen L. Moore, prays that this Honorable Court give the Plaintiff a more definite statement. And any other relief this Court deems is appropriate.

Date: *August 30, 2008*

This procedure has been self notarized under the penalty of perjury in accordance with title 28, U.S.C.A. §1746, §1621. This 30th day of August 2008.

Respectfully Submitted By,
Allen L. Moore

Allen L. Moore, Acting Pro-Se
Illinois Dept. of Human Services
Treatment and Detention Facility
R.R. # 1, Box 6-A
Rushville, IL 62681

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ALLEN L. MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS MONAHAN, et al.,<br><br>    Defendant(s). | Case No. 07-3324<br><br>Hon. Judge. HAROLD A. BAKER<br><br>Presiding. |

### PROOF OF SERVICE

To: James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle St., Ste 300
Chicago, Illinois 60601

To: Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706

PLEASE TAKE NOTICE that on Sept. 2, 2008, I caused to be filed with the Clerk of the Central District of the United States District Court, Springfield Division, MOTION FOR A MORE DEFINITE STATEMENT, by mailing as said from the address of Illinois Dept. of human Services, Treatment and Detention Facility, R.R. # 1, Box 6-A, Rushville, IL 62681, to the Court and Clerk thereof.

Allen L. Mooe, Acting Pro-Se
Ill. Dept. of Human Services
Treatment and Detent. Facility
R.R. # 1, Box 6-A
Rushville, IL 62681

### CERTIFICATE OF SERVICE

The undersigned states and certifies that an exact photocopy of the above mentioned was served upon the aboved named, by depositing the same in an envelope bearing sufficient first class United States postage, and placed same in the U.S. mail box located at the Ill. Dept. of Human Services, Treatment and Detent. Facility, on Sept. 2, 2008. I make this statement under U.S.C.A. §1746 and §1621.

*/s/ Allen L. Moore*